**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Valley Hospice of Arizona, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1147408** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1350 E. McKellips Road, Suite 5**<br>**Mesa, AZ 85203**<br>Number, Street, City, State & ZIP Code<br>**Maricopa**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.valleyhospiceaz.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**1610**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check* ***all*** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______



Case 2:21-bk-08392-PS Doc 1 Filed 11/12/21 Entered 11/12/21 12:13:36 Desc
Main Document Page 2 of 24

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 12, 2021**
MM / DD / YYYY

*X* **/s/ Christine Muturi Lewis**
Signature of authorized representative of debtor

**Christine Muturi Lewis**
Printed name

Email Address of debtor

Title **President/Owner**

**18. Signature of attorney**

*X* **/s/ Thomas G. Luikens**
Signature of attorney for debtor

Date **November 12, 2021**
MM / DD / YYYY

**Thomas G. Luikens 004584**
Printed name

**THOMAS G. LUIKENS, P.C.**
Firm name

**2700 N. Third Street, Suite 2005**
**Phoenix, AZ 85004-4602**
Number, Street, City, State & ZIP Code

Contact phone **602-277-4849** Email address **tom@thomasluikens.com**

**004584 AZ**
Bar number and State

Form **1120-S** Department of the Treasury Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning , 2019, ending , 20

| | | |
|---|---|---|
| A S election effective date: 01/01/2014 | Name: VALLEY HOSPICE OF ARIZONA INC | D Employer identification number: [redacted]408 |
| B Business activity code number (see instructions): 624200 | TYPE OR PRINT — Number, street, and room or suite no. If a P.O. box, see instructions: 1350 E MCKELLIPS RD STE #5 | E Date incorporated: 10/12/2012 |
| C Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code: MESA AZ 85205 | F Total assets (see instructions): $ 1,918,718. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 2

**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| Section | Line | Description | Ref | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 1,813,542. | | |
| | b | Returns and allowances | 1b | 200. | | |
| | c | Balance. Subtract line 1b from line 1a | | | 1c | 1,813,342. |
| | 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 483,336. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 1,330,006. |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 ▶ | | | 6 | 1,330,006. |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions—attach Form 1125-E) | | | 7 | 47,433. |
| | 8 | Salaries and wages (less employment credits) | | | 8 | 941,831. |
| | 9 | Repairs and maintenance | | | 9 | 5,543. |
| | 10 | Bad debts | | | 10 | |
| | 11 | Rents | | | 11 | 71,157. |
| | 12 | Taxes and licenses | | | 12 | 77,643. |
| | 13 | Interest (see instructions) | | | 13 | 11,338. |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 14 | 50,127. |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | | | 15 | |
| | 16 | Advertising | | | 16 | 9,210. |
| | 17 | Pension, profit-sharing, etc., plans | | | 17 | |
| | 18 | Employee benefit programs | | | 18 | |
| | 19 | Other deductions (attach statement) See Statement | | | 19 | 423,362. |
| | 20 | **Total deductions.** Add lines 7 through 19 ▶ | | | 20 | 1,637,644. |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | | 21 | -307,638. |
| Tax and Payments | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
| | b | Tax from Schedule D (Form 1120-S) | 22b | | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| | 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 | 23a | | | |
| | b | Tax deposited with Form 7004 | 23b | 0. | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d | Reserved for future use | 23d | | | |
| | e | Add lines 23a through 23d | | | 23e | 0. |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 24 | |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | 0. |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| | 27 | Enter amount from line 26: **Credited to 2020 estimated tax** ▶ **Refunded** ▶ | | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer | Date | ▶ MEMBER Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| R K Silva CPA, PLLC | | | | P01214918 |

Firm's name ▶ R K Silva CPA PLLC — Firm's EIN [redacted]01520

Firm's address ▶ 1208 E Broadway Rd Ste 120 Tempe AZ 85282 — Phone no. (480)317-9588

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash b ☐ Accrual c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: a Business activity ▶ HOSPICE b Product or service ▶ CARE | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock ▶ | | |
| | (ii) Total shares of non-restricted stock ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐<br>If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ▶ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense.<br>If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000.<br>If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | |

## Schedule K Shareholders' Pro Rata Share Items

| Section | Line | Item | | Line | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | -307,638. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions) Type ▶ | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Charitable contributions | | 12a | |
| | b | Investment interest expense | | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ (2) Amount ▶ | | 12c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions) Type ▶ | | 13g | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources | | 14b | |
| | c | Gross income sourced at shareholder level | | 14c | |
| | | Foreign gross income sourced at corporate level | | | |
| | d | Reserved for future use | | 14d | |
| | e | Foreign branch category | | 14e | |
| | f | Passive category | | 14f | |
| | g | General category | | 14g | |
| | h | Other (attach statement) | | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | | |
| | i | Interest expense | | 14i | |
| | j | Other | | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | k | Reserved for future use | | 14k | |
| | l | Foreign branch category | | 14l | |
| | m | Passive category | | 14m | |
| | n | General category | | 14n | |
| | o | Other (attach statement) | | 14o | |
| | | Other information | | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | | 14p | |
| | q | Reduction in taxes available for credit (attach statement) | | 14q | |
| | r | Other foreign tax information (attach statement) | | | |

**Schedule K — Shareholders' Pro Rata Share Items** *(continued)*

| Section | Line | Item | Ref | Total amount |
|---|---|---|---|---|
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | 0. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 1,209. |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | -307,638. |

**Schedule L — Balance Sheets per Books**

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 17,659. | | 82,703. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 802,347. | | 810,817. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 736,677. | | 736,677. | |
| b | Less accumulated depreciation | ( 502,567.) | 234,110. | ( 552,697.) | 183,980. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 5,019. | | 5,019. | |
| b | Less accumulated amortization | ( 5,019.) | 0. | ( 5,019.) | 0. |
| 14 | Other assets (attach statement) Ln 14 St | | 27,345. | | 841,218. |
| 15 | Total assets | | 1,081,461. | | 1,918,718. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 87,164. | | 87,164. |
| 18 | Other current liabilities (attach statement) Ln 18 St | | 1,105,728. | | 2,327,587. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 301,587. | | 225,832. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | -413,018. | | -721,865. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,081,461. | | 1,918,718. |

**Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -308,847. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 409. FINES AND PENALTIES 800. | 1,209. | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -307,638. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -307,638. |

**Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( 307,638.) | | | |
| 5 | Other reductions See M-2 Line 5 Stmt | ( 1,209.) | | | ( ) |
| 6 | Combine lines 1 through 5 | -308,847. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -308,847. | | | |

**VALLEY HOSPICE OF ARIZONA**
**INCOME STATEMENT**
**FOR THE TWELVE MONTHS ENDED DECEMBER 30, 2020**

| | | Year to Date | |
|---|---|---|---|
| | | **Actual** | **Percent** |
| **INCOME** | | | |
| INCOME SERVICES | | $ 2,666,960.00 | |
| MEDICARE | 3,648,824.00 | | |
| OTHER REVENUES | 384,929.00 | | |
| STIMULUS | 571,628.00 | | |
| REFUNDS | (1,938,421.00) | | |
| **TOTAL INCOME** | | 2,666,960.00 | 100.00% |
| | | | |
| **OPERATING EXPENSES** | | | |
| ADVERTIZING AND PROMOTION | | 21,526.00 | 0.81% |
| AUTOMOBILE | | 91,245.00 | 3.42% |
| BANK FEES | | 10,212.00 | 0.38% |
| BUSINESS LICENSES AND PERMITS | | 4,445.00 | 0.17% |
| DEPRECIATION | | 50,127.00 | 1.88% |
| DUES & SUBSCRIPTIONS | | 15,214.00 | 0.57% |
| INSURANCE GENERAL | | 72,635.00 | 2.72% |
| INTEREST | | 12,635.00 | 0.47% |
| LABOR - OFFICE | | 940,883.00 | 35.28% |
| LABOR - SKILLED NURSE | | 46,984.00 | 1.76% |
| LABOR - MEDICAL SOCIAL SVCS | | 20,165.00 | 0.76% |
| LABOR - HOME HEALTH AIDE | | 496,542.00 | 18.62% |
| LABORATORY FESS | | 2,774.00 | 0.10% |
| MEALS & ENTERTAINMENT | | 1,443.00 | 0.05% |
| MEDICAL SUPLIES & RECORDS | | 735,834.00 | 27.59% |
| OFFICE EXPENSES | | 33,314.00 | 1.25% |
| PAID EMPLOYEE BENEFITS | | 1,959.00 | 0.07% |
| PAYROLL TAXES | | 239,652.00 | 8.99% |
| POSTAGE & DELIVERY | | 35.00 | 0.00% |
| PRINTING & REPRODUCTION | | 1,045.00 | 0.04% |
| PROFESSIONAL FEES | | 38,842.00 | 1.46% |
| RENT | | 169,032.00 | 6.34% |
| REPAIRS & MAINTENANCE | | 21,456.00 | 0.80% |
| TELEPHONE | | 38,562.00 | 1.45% |
| TRANSPORTATION | | 12,415.00 | 0.47% |
| TRAVEL EXPENSE | | 15,527.00 | 0.58% |
| UNIFORMS | | 2,139.00 | 0.08% |
| UTILITIES | | 5,896.00 | 0.22% |
| **TOTAL OPERATING EXPENSES** | | $ 3,102,538.00 | 116.33% |
| | | | |
| **NET INCOME** PROFIT (-LOSS) | | $ (435,578.00) | -16.33% |

**VALLEY HOSPICE OF ARIZONA**
**BALANCE SHEET**
**DECEMBER 30, 2020**

| | 12/30/20 | | |
|---|---|---|---|
| **ASSETS** | | | |
| **CURRENT ASSETS** | | | |
| BANK | 12,625.00 | | |
| ACCOUNTS RECEIVABLE | 249,652.00 | | |
| **TOTAL CURRENT ASSETS** | | $ 262,277.00 | |
| **FIXED ASSETS** | | | |
| FURNITURE & EQUIPMENT | 760,023.00 | | |
| ACCUMULATED DEPRECIATION | (552,695.00) | | |
| **TOTAL FIXED ASSETS** | | $ 207,328.00 | |
| **OTHER ASSETS** | | | |
| STARTUP COSTS | 5,019.00 | | |
| ACCUMULATED AMORTIZATION | (5,019.00) | | |
| **TOTAL OTHER ASSETS** | | $ - | |
| **TOTAL ASSETS** | | | **$ 469,605.00** |
| **LIABILITIS & EQUITY** | | | |
| **LIABILITIES** | | | |
| ACCOUNTS PAYABLE | 409,713.00 | | |
| LONG TERM LOANS PAYABLE | 201,632.00 | | |
| OTHER CURRENT LIABILITIES | 85,124.00 | | |
| **TOTAL LIABILITIES** | | $ 696,469.00 | |
| **EQUITY** | | | |
| CAPITAL STOCK | 100.00 | | |
| RETAINED EARNINGS | 208,614.00 | | |
| NET INCOME | (435,578.00) | | |
| **TOTAL EQUITY** | | $ (226,864.00) | |
| **TOTAL LIABILITIES & EQUITY** | | | **$ 469,605.00** |

**VALLEY HOSPICE OF ARIZONA**
**STATEMENT OF CASH FLOW**
**JANAURY THROUGH DECEMBER 30, 2020**

| | | Jan - Dec 30 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| NET INCOME | | (435,578.00) |
| **Adjustments to reconcile Net Income to net cash provided by operations:** | | |
| ACCOUNTS RECEIVABLE | | (249,652.00) |
| ACCOUNTS PAYABLE | | 409,713.00 |
| LONG TERM LOANS PAYABLE | | 201,632.00 |
| OTHER CURRENT LIABILITIES | | 85,124.00 |
| **Net cash provided by Operating Activities** | **$** | **11,239.00** |
| **INVESTING ACTIVITIES** | | |
| FURNITURE & EQUIPMENT | | (760,023.00) |
| ACCUMULATED DEPRECIATION | | 552,695.00 |
| **Net cash provided by Investing Activities** | **$** | **(207,328.00)** |
| **FINANCING ACTIVITIES** | | |
| CAPITAL STOCK | | 100.00 |
| **Net cash provided by Financing Activities** | **$** | **100.00** |
| **Net cash increase for period** | **$** | **(195,989.00)** |
| **Cash at beginning of period** | **$** | **216,826.00** |
| **Cash at end of period** | **$** | **20,837.00** |

NMP | PROFESSIONAL SERVICES
CERTIFIED PUBLIC ACCOUNTANTS
EXCELLENT SERVICES AT A FAIR PRICE
(786) 372-1155 cruz@costreportcpa.com 786-713-9284
www.costreportcpa.com

June 21, 2021

Medicare Audit and Reimbursement

**Reference:**
Provider Name: VALLEY HOSPICE OF ARIZONA
Provider Number: 03-1629
Period Ending: 12/30/2020

We have compiled the accompanying Balance Sheet, Income Statement and the related Cash Flow Statement for the above provider and period, following standards established by the American Institute of Certified Public Accountants.

Our compilation was limited to presenting in the form of financial statements information that is the representation of management in the form prescribed by the Health Care Financing Administration (Title XVII). These financial statements were used for the cost report preparation and are not designed for those who are not informed about such matters.

Management has elected to omit substantially all of the disclosures and the statements of cash flows required by generally accepted accounting principles. If the omitted disclosures and statements of cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position and results of operations.

Management acknowledges and is fully aware of its responsibility to support all the information provided and maintain all financial records for at least five years after the date of this letter.

Sincerely:

Rogelio Cruz, CPA

**Enclosed, please find the following items:**

- Financial Statements (Profit & Loss, Balance Sheet, Trial Balance, Cash Flow Statement)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Valley Hospice of Arizona, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Government Services, Inc. US Bank Lockbox Services, J6A PO Box 809199 Chicago, IL 60680-9199** | | **Overpayment by Medicare FYE 9/30/2020** | **Disputed Subject to Setoff** | | | **$984,990.12** |
| **Celtic Bank Corporation c/o Bluevine, Processor & Servicer 401 Warren Street Redwood City, CA 94063** | | **Payroll Protection Program loan, first draw** | | | | **$350,000.00** |
| **National Government Services, Inc. US Bank Lockbox Services, J6A PO Box 809199 Chicago, IL 60680-9199** | | **Overpayment by Medicare FYE 9/30/2019** | **Disputed Subject to Setoff** | | | **$225,408.43** |
| **Texas National Bank 4126 Crossspint Blvd Edinburg, TX 78539** | | **Payroll Protection Program loan, second draw** | | | | **$203,125.00** |
| **Brightree 125 Technology Parkway Peachtree Corners, GA 30092** | | **Electronic medical records custodian services** | | | | **$106,000.00** |
| **McKesson Medical Surgical, Inc. PO Box 51020 Los Angeles, CA 90051-5320** | | **Medical supplies** | | | | **$84,156.22** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Valley Hospice of Arizona, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Collection demand letter** | | | | **$80,790.00** |
| **One Point Patient Care 1275 W. Washington Street, Ste. 105 Tempe, AZ 85281** | | **Pharmacy charges** | | | | **$67,826.73** |
| **National Government Services, Inc. US Bank Lockbox Services, J6A PO Box 809199 Chicago, IL 60680-9199** | | **Overpayment by Medicare FYE 9/30/2018** | **Disputed Subject to Setoff** | | | **$61,357.00** |
| **Newco Capital Group c/o Berkovitch & Bouskila, PLLC 80 Broad Street, Ste. 3303 New York, NY 10004** | | **Lawsuit settlement liability** | | | | **$52,247.73** |
| **National Government Services, Inc. US Bank Lockbox Services, J6A PO Box 809199 Chicago, IL 60680-9199** | | **Overpayment by Medicare FYE 9/30/2017** | **Disputed Subject to Setoff** | | | **$40,897.69** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll tax liability** | | | | **$40,897.00** |
| **SHB, LLC 3436 Magazine Street, 622 New Orleans, LA 70115** | | **Billing services contractor for patient charges** | | | | **$37,500.00** |
| **Blue Cross Blue Shield of Arizona 2444 W. Palmaritas Drive Phoenix, AZ 85021** | | **Health insurance employer group benefits premiums** | | | | **$35,448.09** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Valley Hospice of Arizona, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **W A M Surprise Limited Partnership 7335 E. Double Tree Ranch Road, Ste. 280 Scottsdale, AZ 85258** | | **Commercial Lease Lawsuit CV2018-009104 judgment liability** | | | | **$28,000.00** |
| **McKesson Medical Surgical, Inc. PO Box 51020 Los Angeles, CA 90051-5320** | | **Commercial account collection debt, Judgment entered 9/27/2019** | | | | **$24,693.79** |
| **Matheson Tri-Gas, Inc. 3 Mountainview Road, 3rd Floor Warren, NJ 07059-6704** | | **Portable oxygen concentrators Billed to Christine Lewis dba Hernimarc Durable Medical Equipment** | | | | **$22,548.15** |
| **International Shopping Center Investment 1450 E. Indian School Road, #104 Phoenix, AZ 85014** | | **Rent for storage for durable medical equipment Judgment entered 8/30/2021** | | | | **$18,552.54** |
| **Progressive Commercial Dept 0561 Carol Stream, IL 60132-0561** | | **Liability and vehicle insurance** | | | | **$17,918.80** |
| **Ability Network, Inc. Butler Square 100 N. 6th Street, Suite 900A Minneapolis, MN 55403** | | **Judgment entered 5/28/2019 License for cloud based software** | | | | **$15,972.36** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

A BETTER CONNECTION
9065 LYNDALE AVENUE SOUTH
BLOOMINGTON MN 55420

A.R.M. SOLUTIONS, INC.
PO BOX 2929
CAMARILLO CA 93011-0292

ABILITY NETWORK, INC.
BUTLER SQUARE
100 N. 6TH STREET, SUITE 900A
MINNEAPOLIS MN 55403

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028
PHOENIX AZ 85005-6028

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY & LITIGATION
1600 W. MONROE, 7TH FLOOR
PHOENIX AZ 85007-2650

BENCHMARK INSURANCE COMPANY
3601 N. UNIVERSITY AVENUE, SUITE 100
PROVO UT 84604

BLUE CROSS BLUE SHIELD OF ARIZONA
2444 W. PALMARITAS DRIVE
PHOENIX AZ 85021

BRIGHTREE
125 TECHNOLOGY PARKWAY
PEACHTREE CORNERS GA 30092

BRYAN SWAN
STUART-LIPPMAN AND ASSOCIATES
5447 E. FIFTH STREET
TUCSON AZ 85711-2345

CAROLINE MURINGIH
1361 S. GREENFIELD ROAD
MESA AZ 85203

CELTIC BANK CORPORATION
C/O BLUEVINE, PROCESSOR & SERVICER
401 WARREN STREET
REDWOOD CITY CA 94063

CHRISTINE MUTURI LEWIS
1350 E. MCKELLIPS ROAD, STE. 5
MESA AZ 85203

COLLECTION BUREAU OF AMERICA
25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

COMMUNITY HEALTH ACCREDITATION PROGRAM
2300 CLARENDON BOULEVARD, SUITE 405
ARLINGTON VA 22201

COX BUSINESS
1550 W. DEER VALLEY RD
PHOENIX AZ 85027

CREST INSURANCE GROUP
2321 N. 4TH STREET
FLAGSTAFF AZ 86004

DANNY FORD
GURSTEL LAW FIRM, P.C.
9320 E. RAINTREE DRIVE
SCOTTSDALE AZ 85260

DARYL MOORE
3416 N. EVEREST STREET
MESA AZ 85215

DS SERVICES OF AMERICA, INC.
1740 W. BROADWAY
MESA AZ 85202

ENTERPRISE FLEET MANAGEMENT
4100 W. GALVESTON STREET, STE. 1
CHANDLER AZ 85226

ENTERPRISE FLEET MANAGEMENT, INC.
811 MAIN STREET
KANSAS CITY MO 64105

EXTRA SPACE STORAGE
448 N. GREENFIELD ROAD
MESA AZ 85205

FRONTLINE ASSET STRATEGIES
2700 SNELLING AVENUE N., STE 250
SAINT PAUL MN 55113

GEORGE WINNEY
GAMMAGE & BURNHAM
2 N. CENTRAL AVENUE #18
PHOENIX AZ 85004

HENRY ALINO
13659 W. GELDING DRIVE
SURPRISE AZ 85379

HOWARD WORLEY
GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD, # 500
HOUSTON TX 77057

INDUSTRIAL COMMISSION OF ARIZONA
800 WEST WASHINGTON STREET
PHOENIX AZ 85007

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNATIONAL SHOPPING CENTER INVESTMENT
1450 E. INDIAN SCHOOL ROAD, #104
PHOENIX AZ 85014

IRENE JONES
21155 E. DUNCAN STREET
QUEEN CREEK AZ 85142

ISAAC JOHNSON
2128 E. PARKWAY DRIVE
PHOENIX AZ 85040

JESSIE HERNANDEZ
1345 N. RAVEN
MESA AZ 85207

JOJO
1350 E. MCKELLIPS ROAD, SUITE 4
MESA AZ 85203

KORMAN HEALTHCARE , LLC
5783 W. ERIE STREET
CHANDLER AZ 85226

LOREN UNGAR
LEWIS BRISBOIS
2929 N. CENTRAL AVENUE #1700
PHOENIX AZ 85012

LUCY BAARU
9821 TYLER DRIVE
MCKINNEY TX 75072-3216

MARCUS LEWIS
3539 E. PRESIDIO CIRCLE
MESA AZ 85213

MARIA SPETH
JABURG & WILK, P.C.
3200 N. CENTRAL AVENUE, 20TH FLOOR
PHOENIX AZ 85012

MARIE KNASAS
5728 E. BELL ST
APACHE JUNCTION AZ 85119

MARTIN RUBIN, M.D.
2733 N. POWER ROAD, SUITE 102
MESA AZ 85203

MATHESON TRI-GAS, INC.
3 MOUNTAINVIEW ROAD, 3RD FLOOR
WARREN NJ 07059-6704

MCKESSON MEDICAL SURGICAL, INC.
PO BOX 51020
LOS ANGELES CA 90051-5320

MEDLIFT INC.
3311 E. WASHINGTON STREET
PHOENIX AZ 85034

MERCY CARE
4500 E. COTTON CENTER BLVD.
PHOENIX AZ 85040

MEWON MCCARTHY SP TRUST
3452 E. ALOE DRIVE
CHANDLER AZ 85286

NANCY NJOROGE
1171 W. CHICAGO STREET
CHANDLER AZ 85224

NATIONAL GOVERNMENT SERVICES, INC.
US BANK LOCKBOX SERVICES, J6A
PO BOX 809199
CHICAGO IL 60680-9199

NEWCO CAPITAL GROUP
C/O BERKOVITCH & BOUSKILA, PLLC
80 BROAD STREET, STE. 3303
NEW YORK NY 10004

ONE POINT PATIENT CARE
1275 W. WASHINGTON STREET, STE. 105
TEMPE AZ 85281

PATRICK NJUNGE
1361 S. GREENFIELD ROAD
MESA AZ 85203

PATTI LEWIS
9722 E. EMPRESS AVENUE
MESA AZ 85208

PHUP MUTURI
1361 S. GREENFIELD ROAD
MESA AZ 85203

PRINCESA MBA
6850 W. STATE AVENUE
GLENDALE AZ 85303

PROGRESSIVE COMMERCIAL
DEPT 0561
CAROL STREAM IL 60132-0561

RAPID RAY, LLC
PO BOX 744
CORTARO AZ 85652

RAYMOND THOMAS
PO BOX 22213
MESA AZ 85277

RECEIVABLE MANAGEMENT SERVICES, LLC
PO BOX 19646
MINNEAPOLIS MN 55419

SANFORD J. GERMAINE
4634 N. 44TH STREET
PHOENIX AZ 85018-3833

SHB, LLC
3436 MAGAZINE STREET, 622
NEW ORLEANS LA 70115

SHRED IT
C/O STERICYCLE, INC.
2355 WAUKEGAN RD.
BANNOCKBURN IL 60015

SIGNIUS COMMUNICATIONS
PO BOX 95117
CHICAGO IL 60694-5117

SRP
P O BOX 2950
PHOENIX AZ 85062-2950

SRP
P O BOX 80062
PRESCOTT AZ 86304-8062

STANLEY HAMMERMAN
HAMMERMAN & HULTGREN, P.C.
3101 N. CENTRAL AVENUE, SUITE 1030
PHOENIX AZ 85012

STANLEY M. HAMMERMAN
HAMMERMAN & HULTGREN, P.C.
3101 N. CENTRAL AVENUE, SUITE 1030
PHOENIX AZ 85012

SYLVIA ALUOCH
21155 E DUNCAN STREET
QUEEN CREEK AZ 85142

TEXAS NATIONAL BANK
4126 CROSSSPINT BLVD
EDINBURG TX 78539

TINA DURAN
4211 E. PALM LANE, #108
PHOENIX AZ 85008-3128

UNITED FINANCIAL CASUALTY COMPANY
6300 WILSON MILLS ROAD
CLEVELAND OH 44143-2182

VALLEY HOME HEALTH AGENCY, INC.
1350 E. MCKELLIPS ROAD, STE. 5
MESA AZ 85203

VERIZON WIRELESS BANKRUPTCY ADMIN
PO BOX 3397
BLOOMINGTON IL 61702

VICKI MCLEOD
10401 N. CAVE CREEK ROAD
PHOENIX AZ 85020

VIRGINIA MWAURA
3101 N. 64TH STREET
MESA AZ 85215

W A M SURPRISE LIMITED PARTNERSHIP
7335 E. DOUBLE TREE RANCH ROAD, STE. 280
SCOTTSDALE AZ 85258

WEX BANK / LVNV FUNDING, LLC
GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD, # 500
HOUSTON TX 77057

# United States Bankruptcy Court
## District of Arizona

In re **Valley Hospice of Arizona, Inc.** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Valley Hospice of Arizona, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 12, 2021**
Date

**/s/ Thomas G. Luikens**
**Thomas G. Luikens 004584**
Signature of Attorney or Litigant
Counsel for **Valley Hospice of Arizona, Inc.**

**THOMAS G. LUIKENS, P.C.**
**2700 N. Third Street, Suite 2005**
**Phoenix, AZ 85004-4602**
**602-277-4849 Fax:602-468-9928**
**tom@thomasluikens.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy