# EXHIBIT A

| In re | Chapter 7 Proceeding | Fees Previously Requested by Cross Law Firm, P.L.C. | $ 0.00 | Name of Applicant: | James E. Cross of Cross Law Firm, P.L.C. |
|---|---|---|---|---|---|
| VALLEY HOSPICE OF ARIZONA, INC., | No. 2: 21-bk-08392-PS | Costs Previously Requested by Cross Law Firm, P.L.C. | $ 0.00 | Role in this case: | Subchapter V Trustee |
| Debtor. | | | | Fees Requested: | $18,285.00 |
| | | | | Expenses Requested: | $0.00 |

### JAMES E. CROSS' FIRST AND FINAL APPLICATION FOR APPROVAL AND PAYMENT OF COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE
### APPLICATION PERIOD: NOVEMBER 16, 2021 THROUGH JANUARY 20, 2022

| PROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED | CURRENT HOURLY RATE | TOTAL FOR THIS APPLICATION |
|---|---|---|---|---|
| James E. Cross - Trustee | 1983 | 41.40 | $400.00 | $16,560.00 |
| Kara L. Stewart - Paralegal | n/a | 11.50 | $150.00 | $1,725.00 |
| **TOTAL** | | ——— | | **$18,285.00** |

**TOTAL FEES AND COSTS:**    **$18,285.00**

| Description | Timeke... | Date | Qty. | Ra... | Amount |
|---|---|---|---|---|---|
| *In re Valley Hospice of Arizona, Inc .; 2:21-bk-* Fee App Period: | | 11/16/21-1/20/22 | | | |

## B110 - Case Administration

| Description | Timeke... | Date | Qty. | Ra... | Amount |
|---|---|---|---|---|---|
| Correspondence with Ed Bernatavicius re: new case appointment (.2); call with Ed Bernatavicius to discuss same (.2); conduct conflict check and sign certification of appointment (.1). | JEC | 11/16/2021 | 0.5 | 400.00 | 200.00 |
| Correspondence from Ed Bernatavicius to debtor's counsel with questions on patient census and related matters (.1); read and revise letter to debtor's counsel and Notice of Appearance (.1). | JEC | 11/17/2021 | 0.2 | 400.00 | 80.00 |
| Review docket and pleadings filed; docket all dates and deadlines; review email from US Trustee setting IDI; email to all parties advising J. Cross may be late to IDI due to another hearing(.2); draft intro letter to debtor's counsel(.1); draft Notice of Appearance and Request for Notice(.1); revise and finalize letter to counsel for debtor and send(.1); revise and finalize Notice of Appearance and file same with court via ECF(.1). | KS | 11/17/2021 | 0.6 | 150.00 | 90.00 |
| Correspondence with Mr. Luikens re: meeting with him and his client (.2); call with Ed Bernatavicius re: patient ombudsman (.2); review Code provisions on Ombudsman appointment (.2); read e-mail from Ed Bernatavicius re: same (.1). | JEC | 11/18/2021 | 0.7 | 400.00 | 280.00 |
| Correspondence with Mr. Luikens and Mr. Bernatavicius re: case status and patient ombudsman (.2); correspondence to debtor's counsel re: SubV process and expectations (.2). | JEC | 11/19/2021 | 0.4 | 400.00 | 160.00 |
| Correspondence with Messrs. Luikens and Bernatavicius re: call today on case status (.2); call with Mr. Luikens and his client re: background information on filing, issues, and challenges (.8); call with Ed Bernatavicius re: same (.2). | JEC | 11/22/2021 | 1.2 | 400.00 | 480.00 |
| Read pleadings and stipulation on appointment of Patient Care Ombudsman (.2); conference with K. Stewart and read background information obtained from public records search by K. Stewart (.5); read schedules and statements (.3); correspondence with Mr. Knapper and Ed Bernatavicius re: same (.2); read and sign amended Rule 2016 Disclosure (.1); read article on filing from Phoenix Business Journal (.1). | JEC | 11/23/2021 | 1.4 | 400.00 | 560.00 |
| Conduct online research re debtor and owner of debtor; prepare memo to J. Cross re same(.9). | KS | 11/23/2021 | 0.9 | 150.00 | 135.00 |
| Correspondence with Ed Bernatavicius and Mr. Luikens re: status of patient care for upcoming holiday weekend (.3); conference call with Mr. Knapper and Ed Bernatavicius re: agreement to seek immediate status conference before Judge Sala if no response from Debtor today to confirm patient care is not suffering due to lack of funds (.3); read additional information on Debtor from D. Knapper (.2); read order on PCO (.1). | JEC | 11/24/2021 | 0.9 | 400.00 | 360.00 |
| Draft Trustee's Amended Verified Statement(.2); revise and finalize same and file with court via ECF(.1); review Debtor's Schedules and Statements; prepare updated memo to J. Cross re analysis of same(.8). | KS | 11/24/2021 | 1.1 | 150.00 | 165.00 |
| Read and revise request for status hearing (.4); correspondence with Ed Bernatavicius and Dave Knapper re: input on draft and update on information from debtor provided by Knapper (.3); revise and update request (.2); read and revise Motion for Accelerated Hearing and order re same (.3); read stipulated order on appointment of PCO (.1). | JEC | 11/29/2021 | 1.3 | 400.00 | 520.00 |
| Draft Joint Motion for Immediate Status Hearing(.3); review and revise same, adding in edits from other parties(.2); revise and finalize Joint Motion and prepare all Exhibits for same(.2); draft Motion for Accelerated Hearing re same(.2); file Joint Motion for Immediate Status Hearing and Motion to Accelerate re same with court via ECF(.2); emails with judge's clerk re setting hearing; prepare proposed Order setting accelerated hearing and lodge same with court via ECF; file Notice of Lodging Proposed Order with court via ECF(.2); obtain Order setting accelerate hearing from court and serve on | KS | 11/29/2021 | 1.4 | 150.00 | 210.00 |

| Description | Initials | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| all parties(.1).<br>Follow up on call from Mr. Luikens to seek hearing continuance to Wednesday December 1 due to his travel schedule (.2); conference with K. Stewart to request moving hearing to Wednesday; confirm D. Knapper and Ed Bernatavicius are available if hearing moved (.2); read and approve motion and order to move hearing to 12-1-21 (.2); read Debtor's Status Report (.1). | JEC | 11/30/2021 | 0.7 | 400.00 | 280.00 |
| Emails with judge's clerk re rescheduling hearing due to all parties not available today; draft Motion to Reschedule Status Hearing and proposed Order re same(.2); revise and finalize Motion and file same with court via ECF; lodge proposed Order and file Notice of Lodging Proposed Order with court via ECF(.2); obtain Order rescheduling hearing from court and serve on all parties(.1). | KS | 11/30/2021 | 0.5 | 150.00 | 75.00 |
| Read NOA filed by Ms. Goodman as PCO (.1); read correspondence between PCO and Mr. Luikens (.1); call with Ed B. to discuss concerns of Ms. Goodman and discuss issues to address at today's hearing regarding patient care and regulatory compliance (.3); continue reading through statements and schedules to prepare for today's hearing (.3); read minute entry from Status Hearing and follow up with Ms. Goodman and Ed B. re site visit tomorrow (.5); read correspondence from PCO to Mr. Luikens requesting information on patient care by Debtor (.1); read documents provided by Debtor re: IDI by UST (.7); read e-mail from S. Goodman with list of documents needed for on-site visit tomorrow (.2). | JEC | 12/1/2021 | 2.3 | 400.00 | 920.00 |
| Travel to Debtor's business place on McKellips to meet with PCO (.7); meeting with Ms. Goodman at VHA headquarters, discuss initial findings and concerns (.7); review contracts supplied by debtor (.8); return travel to office (.5); correspondence to Mr. Luikens to inform of site visit (.2); correspondence and phone call with Ed Bernatavicius and Susan Goodman re: concern over debtor's failure to meet regulatory compliance for licensing with AZDHS (.4); read Minute Entry from yesterday's hearing (.1); several calls with Ms. Goodman and Ed B. re: further updates and confusion regarding which patients are still under care (.3). | JEC | 12/2/2021 | 3.7 | 400.00 | 1,480.00 |
| Call from Ms. Goodman re: further issues identified such as no social worker and inability to hear back from physician on call (.3); call from Mr. Luikens to confirm there are no patients under active care and that $5,000 was received this Wednesday from Medicare (.2); several calls with S. Goodman and E. Bernatavicius to discuss additional issues that have arisen re: patient contact (.3). | JEC | 12/3/2021 | 0.8 | 400.00 | 320.00 |
| Correspondence and phone calls with Ed Bernatavicius and Susan Goodman re: need for immediate action on case (.3); read draft of preliminary report from Ms. Goodman (.2). | JEC | 12/4/2021 | 0.5 | 400.00 | 200.00 |
| Correspondence from S. Goodman with draft of report to court (.1); read same and discuss with Ed Bernatavicius re: concerns raised by PCO report (.2); participate in conference call with Ms. Goodman and Ed B. re: items needing attention and discussion for best path forward to insure patient care (1.0); read revised PCO report (.1); correspondence from Ms. Goodman re: affiliated entities providing services to debtor (.2); call with Ed re: action plan for Wednesday's hearing (.2); call with Dave Knapper with status update (.3); conference with K. Stewart re: public record search on Lewis entities (.2). | JEC | 12/6/2021 | 2.3 | 400.00 | 920.00 |
| Conduct online research re debtor; emails with J. Cross re same(.3). | KS | 12/6/2021 | 0.3 | 150.00 | 45.00 |
| Correspondence with Ed Bernatavicius re: IDI today (.2); correspondence with S. Goodman re: filing of report today and update on discussions with AZDHS (.2); read materials provided by debtor and participate in IDI with L. Teague (.9); call with Mr. Teague re: same (.2); call with Ed Bernatavicius and Susan Goodman re: report and hearing tomorrow (.2). | JEC | 12/7/2021 | 1.7 | 400.00 | 680.00 |
| Call with Ms. Goodman re: update on patient discharge status (.2); follow up on payment to Cox for pre-petition debt (.1); correspondence from Dave Knapper re: | JEC | 12/8/2021 | 1.7 | 400.00 | 680.00 |

| Description | Initials | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| problems with insurance coverage on residence (.2); prepare for and attend status hearing on status of hospice patients (1.2). | | | | | |
| Correspondence with Ms. Goodman re: update on state review (.2). | JEC | 12/9/2021 | 0.2 | 400.00 | 80.00 |
| Read and approve patient letter to discharged patients from PCO (.2); correspondence from Ed Bernatavicius and Susan Goodman re: same (.1). | JEC | 12/17/2021 | 0.3 | 400.00 | 120.00 |
| Call from Susan Goodman re: talks with Medicare reps in San Francisco (.2); read case provided by Ms. Goodman re: Medicare right to offset not affected by BK filing (.1). | JEC | 12/20/2021 | 0.3 | 400.00 | 120.00 |
| Correspondence from Mr. Knapper and call with Ms. Goodman with update and intent to update report to court as PCO (.2); correspondence to Mr. Luikens re: Medicare right to recoupment and holding in 9th Circuit in TLC Hospitals case (.2); discuss same with Dave Knapper (.2); call from Ms. Goodman with update on her investigation of patient discharges (.2). | JEC | 12/21/2021 | 0.8 | 400.00 | 320.00 |
| Correspondence with S. Goodman re: supplement to report (.1); correspondence with Mr. Luikens re: case status (.2). | JEC | 12/27/2021 | 0.3 | 400.00 | 120.00 |
| Correspondence with Mr. Luikens re: status update (.1). | JEC | 12/28/2021 | 0.1 | 400.00 | 40.00 |
| Read notice of filing 341 transcript (.1). | JEC | 1/3/2022 | 0.1 | 400.00 | 40.00 |
| Read information from PCO re: update on investigation (.2). | JEC | 1/4/2022 | 0.2 | 400.00 | 80.00 |
| Review file and draft Sub V Trustee Monthly Report for November 2021 (.1). | KS | 1/4/2022 | 0.1 | 150.00 | 15.00 |
| Correspondence with Ms. Goodman re: APS becoming involved in case (.1); watch YouTube video interview of Ms. Lewis re: hospice care facility (.2); review and approve Sub V Trustee November Report(.1). | JEC | 1/6/2022 | 0.4 | 400.00 | 160.00 |
| Revise and finalize Sub V Trustee Monthly Report for November 2021 and send same to L. Teague(.1). | KS | 1/6/2022 | 0.1 | 150.00 | 15.00 |
| Correspondence from PCO re: supplemental report (.1); read same(.1). | JEC | 1/10/2022 | 0.2 | 400.00 | 80.00 |
| Correspondence with Mr. Knapper re: Lewis forming new hospice entity (.2). | JEC | 1/11/2022 | 0.2 | 400.00 | 80.00 |
| Read information on entities owned by owner of Debtor, Ms. Lewis (.2). | JEC | 1/12/2022 | 0.2 | 400.00 | 80.00 |
| Correspondence with Ms. Goodman re: claims and status update on patient care (.2). | JEC | 1/14/2022 | 0.2 | 400.00 | 80.00 |
| Correspondence with court re: 341 meeting date (.2); follow up with UST re: appointment as interim 7 trustee and amount of bond (.2). | JEC | 1/20/2022 | 0.4 | 400.00 | 160.00 |
| Emails with International Sureties re need for Trustee Bond(.1). | KS | 1/20/2022 | 0.1 | 150.00 | 15.00 |
| **Subtotal** | | | **29.3** | | **10,445.00** |
| JEC - 24.2 hours = $9,680.00 | | | | | |
| KS - 5.1 hours = $765.00 | | | | | |

## B130 - Asset Disposition

| Description | Initials | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Read letter from Dave Knapper re: real property lien held by his client (.2). | JEC | 11/22/2021 | 0.2 | 400.00 | 80.00 |
| Read and respond to correspondence from Mr. Knapper re: real property asset and lien (.2); read ECF filings by Mr. Knapper (.1). | JEC | 11/23/2021 | 0.3 | 400.00 | 120.00 |
| Correspondence with D. Knapper re: insurance coverage (.2). | JEC | 11/24/2021 | 0.2 | 400.00 | 80.00 |
| Read update on amounts due on Presidio residence (.2). | JEC | 11/30/2021 | 0.2 | 400.00 | 80.00 |
| Review documents on transfer of property and pre-payment of mortgage owed prior to BK filing (.3). | JEC | 12/2/2021 | 0.3 | 400.00 | 120.00 |
| Review various documents received from counsel for creditor Mewon McCarthy SP Trust; email to J. Cross with analysis re same(.3). | KS | 12/2/2021 | 0.3 | 150.00 | 45.00 |
| Read market valuation on residence (.2). | JEC | 12/15/2021 | 0.2 | 400.00 | 80.00 |
| Read correspondence from Mr. Knapper re: insurance coverage on residence (.2). | JEC | 12/16/2021 | 0.2 | 400.00 | 80.00 |
| Correspondence from Mr. Knapper re: insurance on real property (.2). | JEC | 12/29/2021 | 0.2 | 400.00 | 80.00 |
| Correspondence with D. Knapper re: residence in Mesa (.1). | JEC | 1/7/2022 | 0.1 | 400.00 | 40.00 |
| Read update on Presidio property valuation (.2). | JEC | 1/12/2022 | 0.2 | 400.00 | 80.00 |
| Prepare valuation report on Presidio property(.2). | KS | 1/12/2022 | 0.2 | 150.00 | 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal** | | | **2.6** | | **915.00** |
| JEC - 2.1 hours = 840.00 | | | | | |
| KS - .5 hours = $75.00 | | | | | |

### B150 - Meeting of and Communications With Creditors

| | | | | | |
|---|---|---|---|---|---|
| Prepare for and participate in 341 meeting (2.2). | JEC | 12/14/2021 | 2.2 | 400.00 | 880.00 |
| Call with T. Lewis to discuss sexual harassment claim creditor (.2). | JEC | 1/3/2022 | 0.2 | 400.00 | 80.00 |
| **Subtotal** | | | **2.4** | | **960.00** |
| JEC - 2.4 hours = $960.00 | | | | | |

### B190 - Other Contested Matters

| | | | | | |
|---|---|---|---|---|---|
| Call with Dave Knapper re: motion to convert (.2). | JEC | 12/8/2021 | 0.2 | 400.00 | 80.00 |
| Discuss Motion to Convert with Ed Bernatavicius and Dave Knapper (.2); begin outline of draft of motion to covert (.4); call with Ed B. re: same (.2). | JEC | 12/9/2021 | 0.4 | 400.00 | 160.00 |
| Read and revise draft of motion to convert (.3); research re: same (.4); correspondence with Ed Bernatavicius re: joinder in same (.3); correspondence with Dave Knapper re: joinder in same (.2); read and revise Motion for Accelerated hearing and order re: same (.2). | JEC | 12/10/2021 | 1.4 | 400.00 | 560.00 |
| Review file and draft Trustee's Motion to Convert to Chapter 7(1.2); draft Motion for Accelerated Hearing and proposed Order re same(.2); revise draft motions and email same to Ed Bernatavicius for review(.2); revise and finalize Motion to Convert and Motion for Accelerated Hearing on same and file pleadings with court via ECF; finalize proposed Order setting hearing and lodge same with court; file Notice of Lodging same with court via ECF(.3); email to judge's clerk re same(.1). | KS | 12/10/2021 | 2 | 150.00 | 300.00 |
| Read debtor's response to Motion to Convert (.2); discuss same with Ed Bernatavicius and Dave Knapper (.2); read order setting hearing on Motion to Convert (.1). | JEC | 12/13/2021 | 0.3 | 400.00 | 120.00 |
| Prepare for and attend hearing on Motion to Convert (.9); call with Ed B. following hearing to discuss path forward (.2). | JEC | 12/14/2021 | 1.1 | 400.00 | 440.00 |
| Correspondence with US Trustee and Dave Knapper re: exhibits for January hearing on Motion to Convert (.2). | JEC | 12/15/2021 | 0.2 | 400.00 | 80.00 |
| Read order setting deadlines for evidentiary hearing on Motion to Convert (.1); correspondence to T. Luikens re: settlement offer on Motion to Convert (.4); read Luiken's response (.1). | JEC | 12/22/2021 | 0.6 | 400.00 | 240.00 |
| Correspondence with Mr. Luikens re: response to Motion to Convert and update on same (.2); conference call with Mr. Luikens and Ed Bernatavicius re: Motion to Convert and potential filing of motion to dismiss by debtor (.2). | JEC | 12/29/2021 | 0.4 | 400.00 | 160.00 |
| Correspondence and call with Dave Knapper re: Reply to Motion to Convert and response to Motion to Dismiss (.2); read Debtor's Supplemental Response to Motion to Convert and Lewis declaration (.2). | JEC | 12/30/2021 | 0.4 | 400.00 | 160.00 |
| Correspondence with D. Knapper re: motion to dismiss (.2); call with Ms. Goodman to discuss supplement to her report as PCO (.2). | JEC | 12/31/2021 | 0.4 | 400.00 | 160.00 |
| Correspondence with D. Knapper re: motion to convert (.1). | JEC | 1/3/2022 | 0.1 | 400.00 | 40.00 |
| Read and revise draft of stipulation and order on January 20th hearing (.3); correspondence with Messrs. Luikens, Knapper and Bernatavicius re: same (.2). | JEC | 1/4/2022 | 0.5 | 400.00 | 200.00 |
| Draft Stipulation re Hearing on Motion to Convert and proposed Order re same(.5); review and revise same; email same to T. Luikens, E. Bernatavicius, and D. Knapper for review and edit(.2); review email from T. Luikens re requested edits and forward same to parties(.1). | KS | 1/4/2022 | 0.8 | 150.00 | 120.00 |
| Correspondence with Messrs. Knapper, Bernatavicius, and Luikens re: revisions to stipulation and form of order on Motions to Convert/Dismiss (.3); read and approve final form of pleadings and view ECF entry of order approving stipulation (.2). | JEC | 1/5/2022 | 0.5 | 400.00 | 200.00 |
| Review and revise Stipulation re Hearing on Motion to | KS | 1/5/2022 | 0.4 | 150.00 | 60.00 |

| Description | Atty | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Convert and proposed Order re same and email to parties for further review and approval(.2); finalize Stipulation and proposed Order; file Stipulation with court via ECF; lodge proposed Order and file Notice of Lodging re same with court via ECF(.2). | | | | | |
| Begin outline for draft of consolidated Response/Reply (.4); read Notice of Hearing on Motion to Dismiss (.1). | JEC | 1/6/2022 | 0.5 | 400.00 | 200.00 |
| Read and revise Consolidated Reply/Response to Motion to Convert and Motion to Dismiss (.3). | JEC | 1/7/2022 | 0.3 | 400.00 | 120.00 |
| Review pleadings and various emails and draft Sub V Trustee's Consolidated Reply re Motion to Convert and Response re Motion to Dismiss(.7); review and revise same(.3). | KS | 1/7/2022 | 1 | 150.00 | 150.00 |
| Correspondence from Ed Bernatavicius and Dave Knapper re: edits to joint Response/Reply (.2); finalize same and approve for filing (.3). | JEC | 1/10/2022 | 0.5 | 400.00 | 200.00 |
| Review and revise Sub V Trustee's Reply re Motion to Convert and Response re Motion to Dismiss; email same to E. Bernatavicius and D. Knapper for review and comment(.2); review responsive emails and make changes to Reply/Response(.2). | KS | 1/10/2022 | 0.4 | 150.00 | 60.00 |
| Finalize response/reply to Motion to Convert and Motion to Dismiss (.3); read UST Reply/Response (.2); correspondence and phone call from Ms. Goodman re: need to redact information in Reply/Response (.2). | JEC | 1/12/2022 | 0.7 | 400.00 | 280.00 |
| Revise and finalize Sub V Trustee's Reply re Motion to Convert and Response re Motion to Dismiss and file same with court via ECF(.2). | KS | 1/12/2022 | 0.2 | 150.00 | 30.00 |
| Follow up on Motion to Redact, read and revise draft of same (.2); follow up on form of order and discuss same with PCO (.2); read and finalize Reply re Motion to Convert and Response re Motion to Dismiss (.2); read Joinders re: same (.1). | JEC | 1/13/2022 | 0.7 | 400.00 | 280.00 |
| Calls with court re redacting pleading; conference with J. Cross re same; draft Motion to Redact and proposed Order re same; prepare redacted pleading for Exhibit to same(.5); revise and finalize Motion and file same with court; lodge proposed Order and file Notice of Lodging same with court via ECF(.2). | KS | 1/13/2022 | 0.7 | 150.00 | 105.00 |
| Prepare for and attend hearing on motion to convert/dismiss (1.5); draft form of order granting Motion to Convert (.1); correspondence with D. Knapper re: same (.2); correspondence with counsel re: approval of form of order (.2). | JEC | 1/20/2022 | 2 | 400.00 | 800.00 |
| Revise Order Converting Case to Chapter 7; email draft order to parties for review and approval(.3); finalize proposed Order and lodge same with court; file Notice of Lodging re same via ECF(.1). | KS | 1/20/2022 | 0.4 | 150.00 | 60.00 |
| **Subtotal** | | | **17.1** | | **5,365.00** |

JEC - 11.2 hours = 4,480.00

KS - 5.9 hours = $885.00

## B310 - Claims Administration & Objections

| Description | Atty | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Read POC's filed in case (.1). | JEC | 11/18/2021 | 0.1 | 400.00 | 40.00 |
| Read POC's filed (.1). | JEC | 11/22/2021 | 0.1 | 400.00 | 40.00 |
| Correspondence from R. Graves re: AZDOR Notice of Appearance and POC (.1); read IRS POC (.1). | JEC | 11/23/2021 | 0.2 | 400.00 | 80.00 |
| Read POC filed by V. McLeod (.1). | JEC | 12/1/2021 | 0.1 | 400.00 | 40.00 |
| Read POC's recently filed (.2). | JEC | 12/8/2021 | 0.2 | 400.00 | 80.00 |
| Read AETNA POC (.1). | JEC | 12/30/2021 | 0.1 | 400.00 | 40.00 |
| Read Verizon POC filing (.1). | JEC | 1/4/2022 | 0.1 | 400.00 | 40.00 |
| Read POC filed by Dr. Rubin (.1); read POC for PPP loan from Texas National Bank (.1). | JEC | 1/6/2022 | 0.2 | 400.00 | 80.00 |
| Read POC filed by T. Lewis's client re: sexual harassment and wrongful termination (.2). | JEC | 1/12/2022 | 0.2 | 400.00 | 80.00 |
| Read POC filed by LVNV funding (.1). | JEC | 1/17/2022 | 0.1 | 400.00 | 40.00 |
| Read Enterprise POC (.1). | JEC | 1/19/2022 | 0.1 | 400.00 | 40.00 |
| **Subtotal** | | | **1.5** | | **600.00** |

JEC - 1.5 hours = $600.00

Reimburseable Expenses

| | | | | | | |
|---|---|---|---|---|---|---|
| PACER Charges - 4th Quarter 2021 | | | | 5 | 0.10 | 0.50 |
| Reimbursable Expenses Subtotal | | | | | | 0.50 |

**TOTAL FEES: $18,285.00**

**TOTAL FEES & COSTS: $18,285.50**