# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX Division

| | |
|---|---|
| In Re | |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 21-08392 |
| Debtor(s) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, James E. Cross, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted to Chapter 7 with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on March 1, 2022, the Court ordered compensation of $18,285.00 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as Subchapter V trustee.

Date: <u>07/12/2022</u>　　　　　　　　　　　By: <u>JAMES E. CROSS</u>
　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**