United States Bankruptcy Court



| TUCSON DIVISION | | YUMA DIVISION |
|---|---|---|
| *TUCSON DIVISION* | District of Arizona | *YUMA DIVISION* |
| James A Walsh Courthouse | | John M. Roll Courthouse |
| 38 S. Scott Avenue | | 98 W. 1st Street, Suite 270 |
| Tucson, AZ 85701 | | Yuma, AZ 85364 |
| 520-202-7500 | | 800-556-9230 |

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**FILED**
OCT 1 9 2022
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**DEBTOR**
~~CREDITOR~~ **CHANGE OF ADDRESS**

Case No.: 2:21-bk-08392-PS    Chapter: 7

Case Name: Valley hospice of Arizona

**Creditor Name:** Valley hospice of Arizona, Inc

**NEW Mailing Address:** 3422 E Appleby Dr
Street Address/P.O. Box Number

_____
Suite/Apartment Number

Gilbert    AZ    85298
City       State  Zip Code

**OLD Mailing Address:** 3539 E Presidio Cir
Street Address/P.O. Box Number

_____
Suite/Apartment Number

Mesa    AZ    85213
City    State  Zip Code

**Creditor Signature:** [signature]    09/12/2022
                                         Date

CreditorAddChng/2/14