Grant L. Cartwright (030780)
Andrew A. Harnisch (024957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com
aharnisch@maypotenza.com

*Counsel for Marcus Lewis and MJL Financial Group*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| VALLEY HOSPICE OF ARIZONA, INC., | Case No. 2:21-bk-08392-ps |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

Under Rule 9010-1(e) of the Local Rules of Bankruptcy Procedure, Grant L. Cartwright of the law firm of May Potenza Baran & Gillespie, PC ("**MPBG**") requests that the Court authorize its withdrawal as counsel for Marcus Lewis and MJL Financial Group (collectively, the "**Clients**"). MPBG seeks to withdraw from this case because the Clients failed to comply with the terms of the engagement agreement with MPBG and for reasons governed by Rule 1.16 of the Arizona Rules of Professional Conduct. Before filing this motion, Mr. Cartwright spoke to Mr. Lewis regarding the withdrawal, and he agreed MPBG needed to withdraw, but MPBG did not obtain written consent. MPBG thus moves for an order authorizing its withdrawal without consent.

MPBG has made the disclosures required to the Clients under Rule 9010-1(e) of the Local Rules of Bankruptcy Procedure. *See* **Exhibit A** attached hereto.

{00180123-1 }

Notice of any future filings and documents should be transmitted to the Clients as follows:

Marcus Lewis

MJL Financial Group

PO Box 44584

Phoenix, AZ 85064-4584

602-369-3497

carver_ranch@yahoo.com

**WHEREFORE**, MPBG requests the Court to enter an order, substantially in the form attached hereto as **Exhibit B**, authorizing MPBG to withdraw as counsel for the Clients.

Respectfully submitted this 28th day of October, 2022.

            **MAY, POTENZA, BARAN & GILLESPIE, P.C.**

            By: */s/ Grant L. Cartwright*
               Grant L. Cartwright
               Andrew A. Harnisch
               *Counsel for Marcus Lewis and MJL Financial Group*

# CERTIFICATE OF SERVICE

I certify that on this 28th day of October, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

Edward K. Bernatavicius
United States Trustee
230 N. 1st Avenue, Ste 204
Phoenix, AZ 85003
Edward.k.bernatavicius@usdoj.gov
*Counsel for U.S. Trustee*

James E. Cross
Cross Law Firm, PLC
PO Box 45469
Phoenix, AZ 85064
jcross@crosslawaz.com
*Trustee*

Terry A. Dake
Terry A. Dake, Ltd.
PO Box 26945
Phoenix, AZ 85068-6945
tdake@cox.net
*Counsel for Trustee*

Susan N. Goodman
Pivot Health Law, LLC
PO Box 69734
Oro Valley, AZ 85737
sgoodman@pivothealthaz.com

Stanley M. Hammerman
Hammerman & Hultgren, PC
3101 N. Central Avenue, Ste 1030
Phoenix, AZ 85012
Minute_entry@hammerman-hultgren.com
*Counsel for Industrial Commission of Arizona, Inc.*

| | |
|---|---|
| 1 | David L. Knapper |
| 2 | Law Offices of David L. Knapper<br>1599 E. Orangewood Avenue, #125 |
| 3 | Phoenix, AZ 85020-5159 |
| 4 | dlk@knapperlaw.com<br>*Counsel for Mewon McCarthy SP Trust* |
| 5 | |
| 6 | Thomas G. Luikens<br>Thomas G. Luikens, PC |
| 7 | 2700 N. Third Street, Ste 2005 |
| 8 | Phoenix, AZ 85004-4602<br>tom@thomasluikens.com |
| 9 | *Counsel for Thomas G. Luikens, PC* |
| 10 | Matthew Allen Silverman |
| 11 | Office of the Attorney General |
| 12 | 2005 N. Central Avenue<br>Phoenix, AZ 85004-1592 |
| 13 | Matthew.silverman@azag.gov<br>*Counsel for Arizona Department of Revenue* |
| 14 | |
| 15 | Christine Lewis<br>3539 E. Presidio Circle |
| 16 | Mesa, AZ 85213 |
| 17 | Christinelewis197@ymail.com |
| 18 | By: */s/ Michelle Giordano* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# EXHIBIT A

|     |     |
| --- | --- |
| 1   | Grant L. Cartwright (030780) |
| 2   | Andrew A. Harnisch (024957) |
|     | **MAY, POTENZA, BARAN & GILLESPIE, P.C.** |
| 3   | 1850 North Central Avenue, Suite 1600 |
|     | Phoenix, AZ  85004-4633 |
| 4   | Telephone:  (602) 252-1900 |
|     | Facsimile:   (602) 252-1114 |
| 5   | Email:    gcartwright@maypotenza.com |
|     |           aharnisch@maypotenza.com |
| 6   | *Counsel for Marcus Lewis and MJL Financial Group* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceeding |
| --- | --- |
| VALLEY HOSPICE OF ARIZONA, INC., | Case No. 2:21-bk-08392-ps |
| Debtor. | **CERTIFICATE OF COUNSEL REGARDING MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

I, Grant L. Cartwright, hereby certify that Marcus Lewis and MJL Financial Group, have been notified via letter of the status of the above-captioned case, including the dates and times of any hearings or trial settings and the need to comply with any existing court orders, discovery requests, and the possibility of sanctions for failure to comply.

*[Remainder of Page Left Intentionally Blank]*

{00180126-1 }

Respectfully submitted this 28th day of October, 2022.

                                      **MAY, POTENZA, BARAN & GILLESPIE, P.C.**

                                      By: */s/ Grant L. Cartwright*
                                              Grant L. Cartwright
                                              Andrew A. Harnisch
                                              *Counsel for Marcus Lewis and MJL Financial Group*

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:21-bk-08392-ps<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

After receiving and reviewing the *Motion to Withdraw as Counsel for Marcus Lewis and MJL Financial Group* (the "**Motion**"), the corresponding *Certificate of Counsel*, and for good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion effective as of the date of this Order;

**IT IS FURTHER ORDERED** that Grant L. Cartwright and May, Potenza, Baran & Gillespie, PC are no longer counsel of record for Marcus Lewis and MJL Financial Group, and should be removed from the CM/ECF and Master Mailing List; and,

{00180119-1 }

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that all subsequent filings and notices in the |
| 2 | above-captioned case shall be sent to Marcus Lewis and MJL Financial Group at |
| 3 | the following address: |

Marcus Lewis<br>
MJL Financial Group<br>
PO Box 44584<br>
Phoenix, AZ 85064-4584<br>
602-369-3497<br>
carver_ranch@yahoo.com

**DATED AND SIGNED ABOUT**
**DATED AND SIGNED ABOVE**