Grant L. Cartwright (030780)
Andrew A. Harnisch (024957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com
aharnisch@maypotenza.com

*Counsel for Marcus Lewis and MJL Financial Group*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:21-bk-08392-ps<br><br>**NOTICE OF LODGING ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

**NOTICE IS HEREBY GIVEN**, pursuant to Local Bankruptcy Rule 9022-1(c), that Counsel for Marcus Lewis and MJL Financial Group, has lodged with the Court its form of *Order Granting Motion to Withdraw as Counsel for Marcus Lewis and MJL Financial Group*. The form of Order is attached hereto and incorporated herein by this reference

Respectfully submitted this 31st day of October, 2022.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

{00182424-1 }

By: */s/ Grant L. Cartwright*
Grant L. Cartwright
Andrew A. Harnisch
*Counsel for Marcus*
*Lewis and MJL Financial Group*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of October, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

Edward K. Bernatavicius
United States Trustee
230 N. 1st Avenue, Ste 204
Phoenix, AZ 85003
Edward.k.bernatavicius@usdoj.gov
*Counsel for U.S. Trustee*

James E. Cross
Cross Law Firm, PLC
PO Box 45469
Phoenix, AZ 85064
jcross@crosslawaz.com
*Trustee*

Terry A. Dake
Terry A. Dake, Ltd.
PO Box 26945
Phoenix, AZ 85068-6945
tdake@cox.net
*Counsel for Trustee*

Susan N. Goodman
Pivot Health Law, LLC
PO Box 69734
Oro Valley, AZ 85737
sgoodman@pivothealthaz.com

Stanley M. Hammerman

{00182424-1}  2

| | |
|---|---|
| 1 | Hammerman & Hultgren, PC |
| 2 | 3101 N. Central Avenue, Ste 1030 |
|   | Phoenix, AZ 85012 |
| 3 | Minute_entry@hammerman-hultgren.com |
| 4 | *Counsel for Industrial Commission of Arizona, Inc.* |
| 5 | David L. Knapper |
|   | Law Offices of David L. Knapper |
| 6 | 1599 E. Orangewood Avenue, #125 |
| 7 | Phoenix, AZ 85020-5159 |
|   | dlk@knapperlaw.com |
| 8 | *Counsel for Mewon McCarthy SP Trust* |
| 9 | |
| 10 | Thomas G. Luikens |
|    | Thomas G. Luikens, PC |
| 11 | 2700 N. Third Street, Ste 2005 |
|    | Phoenix, AZ 85004-4602 |
| 12 | tom@thomasluikens.com |
| 13 | *Counsel for Thomas G. Luikens, PC* |
| 14 | Matthew Allen Silverman |
|    | Office of the Attorney General |
| 15 | 2005 N. Central Avenue |
| 16 | Phoenix, AZ 85004-1592 |
|    | Matthew.silverman@azag.gov |
| 17 | *Counsel for Arizona Department of Revenue* |
| 18 | |
| 19 | Christine Lewis |
|    | 3539 E. Presidio Circle |
| 20 | Mesa, AZ 85213 |
|    | Christinelewis197@ymail.com |
| 21 | |
| 22 | By: */s/ Michelle Giordano* |

{00182424-1 }      3

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:21-bk-08392-ps<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

After receiving and reviewing the *Motion to Withdraw as Counsel for Marcus Lewis and MJL Financial Group* (the "**Motion**"), the corresponding *Certificate of Counsel*, and for good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion effective as of the date of this Order;

**IT IS FURTHER ORDERED** that Grant L. Cartwright and May, Potenza, Baran & Gillespie, PC are no longer counsel of record for Marcus Lewis and MJL Financial Group, and should be removed from the CM/ECF and Master Mailing List; and,

{00180119-1 }

**IT IS FURTHER ORDERED** that all subsequent filings and notices in the above-captioned case shall be sent to Marcus Lewis and MJL Financial Group at the following address:

> Marcus Lewis
> MJL Financial Group
> PO Box 44584
> Phoenix, AZ 85064-4584
> 602-369-3497
> carver_ranch@yahoo.com

**DATED AND SIGNED ABOVE**