# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:21-bk-08392-ps<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MARCUS LEWIS AND MJL FINANCIAL GROUP** |

After receiving and reviewing the *Motion to Withdraw as Counsel for Marcus Lewis and MJL Financial Group* (the "**Motion**"), the corresponding *Certificate of Counsel*, and for good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion effective as of the date of this Order;

**IT IS FURTHER ORDERED** that Grant L. Cartwright and May, Potenza, Baran & Gillespie, PC are no longer counsel of record for Marcus Lewis and MJL Financial Group, and should be removed from the CM/ECF and Master Mailing List; and,

{00180119-1 }

**IT IS FURTHER ORDERED** that all subsequent filings and notices in the above-captioned case shall be sent to Marcus Lewis and MJL Financial Group at the following address:

Marcus Lewis
MJL Financial Group
PO Box 44584
Phoenix, AZ 85064-4584
602-369-3497
carver_ranch@yahoo.com

**DATED AND SIGNED ABOVE**