David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile: (602) 256-0432
E-Mail: dlk@knapperlaw.com

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>VALLEY HOSPICE OF ARIZONA, INC,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 2:21-bk-08392-PS<br>**WITHDRAWAL OF PROOF OF CLAIM NO. 9**<br>(Assigned to the Honorable Judge Paul Sala) |

Because MEWON McCARTHY SP TRUST ("MMSP TRUST") has been fully paid, MMSP hereby withdraws it Proof of Claim filed as Claim No. 9 in the Claims Register.

DATED this 13th day of January 2023, by:

**LAW OFFICES OF DAVID L. KNAPPER**

/s/ David L. Knapper
Attorney for MMSP TRUST

FILED this 13th day of January 2023

COPY e-mailed only this 13th day of January 2023, to:

James E. Cross at jcross@crosslawaz.com
Terry A. Dake at take@cox.net
Edward K. Bernatavicius at edward.k.bernatavicius@usdoj.gov

/s/ David L. Knapper