```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

### OBJECTION TO CLAIM NO. 1 (Blue Cross Blue Shield) AND NOTICE OF BAR DATE

The trustee objects to Claim No. 1 filed by Blue Cross Blue Shield ("BCBS"). The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona  85068-6945
Attorney for Trustee

### MEMORANDUM OF POINTS AND AUTHORITIES

Claim 1 filed by BCBS asserts a claim for $14,902.95. However, the claim contains no documentation or other information to establish when the claim was incurred, or how the amount was determined, or the debtor's liability for the debt.

Bankruptcy Rule 3001(c)(1) requires that a claim based on a writing include the writing. This claim fails to comply with that

rule. Moreover, the trustee is unable evaluate either the debtor's liability or the amount of the claim without additional information.

For these reasons, the trustee objects to Claim No. 1 and requests that it be disallowed unless and until BCBS provides information and documentation to support the claim.

**WHEREFORE**, the trustee prays for the entry of an order disallowing Claim No. 1.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake
    P.O. Box 26945
    Phoenix, Arizona  85068-6945
    Attorney for Trustee

**NOTICE OF OBJECTION TO CLAIM**
**AND DEADLINE TO RESPOND**

The trustee has filed the above objection to the claim you have filed in this bankruptcy case.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to sustain the trustee's objection to your claim and disallow your claim, or if you want the court to consider your views on the trustee's objection, then on or before **February 16, 2023**, you or your attorney must file with the Court a written response requesting a hearing on the trustee's objection.

File your objection at:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue
Ste. 101
Phoenix, AZ 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

2

You must also mail a copy to the attorney for the trustee at:

>Terry A. Dake, Esq.
>**Terry A. Dake, Ltd.**
>P.O. Box 26945
>Phoenix, Arizona 85068-6945

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's objection and may enter an order that sustains the trustee's objection and disallows your claim.

COPY mailed January 24, 2023 to:

Blue Cross Blue Shield Of Arizona, Inc.
2444 W. Las Palmaritas Dr.
Phoenix, AZ 85021

/s/ TD009656

3