```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| VALLEY HOSPICE OF ARIZONA, INC. | ) ) ) | Case No. 2:21-BK-08392-PS |
| Debtor. | ) ) | |

### OBJECTION TO CLAIM NO. 12 (Martin Rubin)
### AND NOTICE OF BAR DATE

The trustee objects to Claim No. 12 filed by Martin Rubin ("Rubin"). The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona  85068-6945
Attorney for Trustee

### MEMORANDUM OF POINTS AND AUTHORITIES

Claim 12 filed by Rubin asserts a claim for $42,000.00 with $13,650.00 entitled to wage priority.

The claim appears to assert that some of the claim is for salary that would have been earned after the case was filed. But, the debtor's operations ceased prior to the filing date, so no salary could be earned after operations ended.

Further, the Schedules filed by the debtor indicate that the amount owed to Rubin is only $2,250.00. Thus, the claim is materially higher than the amount reported by the debtor. The claim does not explain this discrepancy, and the claim does not provide any evidence that additional amounts were earned and unpaid. Further, if the salary was not being paid in prior years, it is unclear why Rubin continued to provide services.

For these reasons, the trustee objects to Claim No. 12 and requests that it be allowed in the reduced amount of $2,250.00 to be allowed and paid as a priority wage claim, with the remainder of the claim disallowed unless and until Rubin provides additional information and documentation to support the claim.

**WHEREFORE**, the trustee prays for the entry of an order allowing Claim No. 12 in the reduced amount of $2,250.00 to be paid as a priority wage claim and the balance disallowed.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee

**NOTICE OF OBJECTION TO CLAIM
AND DEADLINE TO RESPOND**

The trustee has filed the above objection to the claim you have filed in this bankruptcy case.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to sustain the trustee's objection to your claim and disallow your claim, or if you want the court to consider your views on the trustee's objection, then on or before **February 16, 2023,** you or your attorney must file with the Court a written response requesting a hearing on the trustee's objection.

                  File your objection at:

        Clerk of the Court
        United States Bankruptcy Court
        230 N. First Avenue
        Ste. 101
        Phoenix, AZ 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to the attorney for the trustee at:

        Terry A. Dake, Esq.
        ***Terry A. Dake, Ltd.***
        P.O. Box 26945
        Phoenix, Arizona 85068-6945

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's objection and may enter an order that sustains the trustee's objection and disallows your claim.

COPY mailed January 24, 2023 to:

Martin Rubin
302 W. Crofton St.
Chandler, AZ 85225

   /s/ TD009656