```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona 85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |

### OBJECTION TO CLAIM NO. 17 (Enterprise FM Trust) AND NOTICE OF BAR DATE

The trustee objects to Claim No. 17 filed by Enterprise FM Trust and Enterprise Fleet Management ("EFM"). The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 26945
   Phoenix, Arizona 85068-6945
   Attorney for Trustee

### MEMORANDUM OF POINTS AND AUTHORITIES

Claim 17 filed by EFM was for vehicles leased by the debtor. The vehicles were recovered and sold and EFM was paid in full. Accordingly, EFM no longer holds a claim against the estate.

**WHEREFORE,** the trustee prays for the entry of an order disallowing claim No. 17.

| | |
|---|---|
| 1 | DATED January 24, 2023. |
| 2 | ***TERRY A. DAKE, LTD.*** |
| 3 | By /s/ TD009656 |

```
                              TERRY A. DAKE, LTD.

                              By /s/ TD009656
                                Terry A. Dake
                                P.O. Box 26945
                                Phoenix, Arizona  85068-6945
                                Attorney for Trustee
```

**NOTICE OF OBJECTION TO CLAIM
AND DEADLINE TO RESPOND**

The trustee has filed the above objection to the claim you have filed in this bankruptcy case.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to sustain the trustee's objection to your claim and disallow your claim, or if you want the court to consider your views on the trustee's objection, then on or before **February 16, 2023,** you or your attorney must file with the Court a written response requesting a hearing on the trustee's objection.

File your objection at:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue
Ste. 101
Phoenix, AZ 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to the attorney for the trustee at:

Terry A. Dake, Esq.
***Terry A. Dake, Ltd.***
P.O. Box 26945
Phoenix, Arizona 85068-6945

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's objection and may enter an order that sustains the trustee's objection and disallows your claim.

2

COPY mailed January 24, 2023 to:

Geoffrey S. Goodman
Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654

    /s/ TD009656
_____

3