*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |

**OBJECTION TO CLAIM NO. 20 (Bernastine Rice)**
**AND NOTICE OF BAR DATE**

The trustee objects to Claim No. 20 filed by Bernastine Rice ("Rice"). The trustee's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Claim 20 filed by Rice asserts a priority wage claim for $4,120.03. However, the documentation with the claim shows that the debt due to Rice was incurred more than 6 months prior to the bankruptcy filing. As a result, the claim is not entitled to priority status. Further, claim asserts a claim for attorneys' fees, which is not a priority claim.

1      For these reasons, the trustee objects to Claim No. 20 and
2  requests that it be allowed as a general unsecured claim in the amount
3  of $4,120.03 with no priority.
4      **WHEREFORE**, the trustee prays for the entry of an order
5  allowing Claim No. 20 as a general unsecured claim with no priority in
6  the amount of $4,120.03.
7      DATED January 24, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona  85068-6945
Attorney for Trustee

**NOTICE OF OBJECTION TO CLAIM
AND DEADLINE TO RESPOND**

The trustee has filed the above objection to the claim you have filed in this bankruptcy case.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to sustain the trustee's objection to your claim and disallow your claim, or if you want the court to consider your views on the trustee's objection, then on or before **February 16, 2023**, you or your attorney must file with the Court a written response requesting a hearing on the trustee's objection.

File your objection at:

Clerk of the Court
United States Bankruptcy Court
230 N. First Avenue
Ste. 101
Phoenix, AZ 85003-1706

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to the attorney for the trustee at:

2

Terry A. Dake, Esq.
                    ***Terry A. Dake, Ltd.***
                    P.O. Box 26945
                    Phoenix, Arizona 85068-6945

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's objection and may enter an order that sustains the trustee's objection and disallows your claim.

COPY mailed January 24, 2023 to:

Bernastine Rice
1540 E. Apache Blvd. #3015
Tempe, AZ 85281

   /s/ TD009656

3