MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*ATTORNEYS FOR MARCUS LEWIS*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br>**VALLEY HOSPICE OF ARIZONA, INC.**<br><br>　　　　　Debtor. | Chapter 7<br>Case No. 2:21-bk-08392-PS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Patrick F. Keery of Keery McCue, PLLC ("**KM**") hereby enters his appearance as counsel of record on behalf of interested party and creditor **Marcus Lewis** and requests that the undersigned be added to the official mailing matrix and service list in this case. KM requests that copies of all notices and pleadings given or required to be given, and all papers served or required to be served in this case, including, but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements,

and all other matters arising herein, be given to KM at the address, telephone number, facsimile number and email address as set forth below:

Patrick F. Keery
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
Ph: (480) 478-0709 – Fax: (480) 478-0787
Email: pfk@keerymccue.com

**DATED** this 25th day of January, 2023

**KEERY MCCUE, PLLC**

By: /s/ *Patrick F. Keery* (#030971)
Patrick F. Keery, Esq.
*Attorneys for Marcus Lewis*

**E-FILED** this 25th day of January, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on the following parties that have appeared in the case.

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: ustpregion14.px.ecf@usdoj.gov

Terry Dake, Esq.
Terry A. Dake, Ltd.
PO Box 26945
Phoenix, AZ 85068-6945
tdake@cox.net
*Attorney for Ch. 7 Trustee*

James E. Cross
Cross Law Firm, P.L.C.
7301 N. 16th Street, Suite 102
Phoenix, AZ 85020
jcross@crosslawaz.com
*Ch. 7 Trustee*

Grant L. Cartwright (030780)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Email: gcartwright@maypotenza.com

PHILIP J GILES
Allen Barnes & Jones, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
602-256-6000
602-252-4712 (fax)
pgiles@allenbarneslaw.com

By: */s/ Mollie Thompson*