GARY M. RESTAINO
United States Attorney
District of Arizona

NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov

*Attorneys for U.S. Dept. of Health and Human Services*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.,<br><br>Debtor, | In Proceeding Under Chapter 7<br><br>BK Case No.: 2:21-bk-08392-PS<br><br>**UNITED STATES' NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 26** |
|---|---|

The United States of America, on behalf of its agency, the U.S. Department of Health and Human Services ("HHS"), by and through undersigned counsel, hereby gives notice that it is withdrawing Proof of Claim No. 26 only. Proof of Claim No. 26 was an unintentional duplication of Proof of Claim No. 25. HHS does not withdraw Proof of Claim No. 25.

Respectfully submitted on January 31, 2023.

                                                GARY M. RESTAINO
                                              United States Attorney
                                              District of Arizona

                                              s/*Neil Singh*
                                              NEIL SINGH
                                              Assistant United States Attorney
                                              *Attorneys for U.S. Dept. of HHS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Stephanie Ludwig*
U.S. Attorney's Office