# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 2/6/2023
Case: 2:21–bk–08392–PS  Form ID: pdf001  Total: 128

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          MEWON MCCARTHY SP TRUST
intp        U.S. Department of Health and Human Services
                                                                                                                          TOTAL: 2

**Recipients of Notice of Electronic Filing:**
tr          JAMES E. CROSS          jcross@crosslawaz.com
aty         DAVID L. KNAPPER        dlk@knapperlaw.com
aty         JAMES E. CROSS          jcross@crosslawaz.com
aty         MATTHEW ALLEN SILVERMAN         matthew.silverman@azag.gov
aty         Neil Singh          neil.singh@usdoj.gov
aty         PATRICK F KEERY         pfk@keerymccue.com
aty         STANLEY M. HAMMERMAN           Minute_Entry@hammerman–hultgren.com
aty         SUSAN N. GOODMAN        sgoodman@pivothealthaz.com
aty         TERRY A. DAKE           tdake@cox.net
aty         THOMAS G. LUIKENS           tom@thomasluikens.com
                                                                                                                          TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          VALLEY HOSPICE OF ARIZONA, INC.          c/o Christine Muturi Lewis          3422 E APPLEBY DR          GILBERT, AZ 85298
cr          ARIZONA DEPARTMENT OF REVENUE          Office of the Arizona Attorney General          c/o Tax, Bankruptcy and Collection Sct          2005 N Central Ave, Suite 100          Phoenix, AZ 85004
ombh        SUSAN N. GOODMAN          Pivot Health Law, LLC          P.O. Box 69734          Oro Valley, AZ 85737
cr          INDUSTRIAL COMMISSION OF ARIZONA, INC.          c/o Stanley M. Hammerman, Esq.          Hammerman & Hultgren, P.C.          3101 N. Central Avenue, Ste. 1030          Phoenix, AZ 85012
intp        Thomas G. Luikens          Luikens Law Office          2700 N. Third Street, Suite 2005          Phoenix, AZ 85004 UNITED STATES
intp        Christine Lewis          3539 E. Presidio Circle          Mesa, AZ 85213
intp        MJL Financial Group          PO Box 44584          Phoenix, AZ 85064–4584
intp        Marcus Lewis          PO Box 44584          Phoenix, AZ 85064–4584
16628729    1540 East Apache Blvd., #3015          Tempe, AZ 85281
16584819    A Better Connection          9065 Lyndale Avenue South          Bloomington MN 55420
16584820    A.R.M. Solutions, Inc.          PO Box 2929          Camarillo CA 93011–0292
16588386    ARIZONA DEPARTMENT OF REVENUE          Office of the Arizona Attorney General          c/o Tax, Bankruptcy and Collection Sct          2005 N Central Ave, Suite 100          Phoenix, AZ 85004
16584821    Ability Network, Inc.          Butler Square          100 N. 6th Street, Suite 900A          Minneapolis MN 55403
16613197    Aetna, Inc.          Aaron McCollough          McGuireWoods LLP          77 W. Wacker Dr., Suite 4100          Chicago, IL 60601
16584822    Arizona Department of Economic Security          PO Box 6028          Phoenix AZ 85005–6028
16584823    Arizona Department of Revenue          Bankruptcy & Litigation          1600 W. Monroe, 7th Floor          Phoenix AZ 85007–2650
16584824    Benchmark Insurance Company          3601 N. University Avenue, Suite 100          Provo UT 84604
16628730    Bernastine M. Rice          1540 East Apache Blvd. #3015          Tempe, AZ 85281
16584825    Blue Cross Blue Shield of Arizona          2444 W. Palmaritas Drive          Phoenix AZ 85021
16586359    Blue Cross Blue Shield of Arizona, Inc.          2444 W. Las Palmaritas Drive          Phoenix, AZ 85021          Phoenix, AR 85021
16584826    Brightree          125 Technology Parkway          Peachtree Corners GA 30092
16584827    Bryan Swan          Stuart–Lippman and Associates          5447 E. Fifth Street          Tucson AZ 85711–2345
16656246    CVS Caremark          P.O. Box 52002          Phoenix, AZ 85072
16584828    Caroline Muringih          1361 S. Greenfield Road          Mesa AZ 85203
16615709    Cellco Partnership d/b/a Verizon Wireless          William M Vermette          22001 Loudoun County PKWY          Ashburn, VA 20147
16584829    Celtic Bank Corporation          c/o Bluevine, Processor & Servicer          401 Warren Street          Redwood City CA 94063
16635788    Christine Lewis          3539 E. Presidio Circle          Mesa, AZ 85213
16584830    Christine Muturi Lewis          3539 E. Presidio Circle          Mesa, AZ 85213
16665170    Cigna          c/o The Rawlings Co.          Attn: Amanda Jones          P.O. Box 2020          Lagrange, KY 40031–2020
16584831    Collection Bureau of America          25954 Eden Landing Road          Hayward CA 94545–3816
16584832    Community Health Accreditation Program          2300 Clarendon Boulevard, Suite 405          Arlington VA 22201
16584833    Cox Business          1550 W. Deer Valley Rd          Phoenix AZ 85027
16584834    Crest Insurance Group          2321 N. 4th Street          Flagstaff AZ 86004
16584837    DS Services of America, Inc.          1740 W. Broadway          Mesa AZ 85202
16584835    Danny Ford          Gurstel Law Firm, P.C.          9320 E. Raintree Drive          Scottsdale AZ 85260
16584836    Daryl Moore          3416 N. Everest Street          Mesa AZ 85215

| ID | Name | Address |
|---|---|---|
| 16625178 | Enterprise FM Trust and Enterprise Fleet Managemen | Geoffrey S. Goodman   Foley & Lardner LLP   321 N. Clark Street, Suite 3000   Chicago, IL 60654 |
| 16584838 | Enterprise Fleet Management | 4100 W. Galveston Street, Ste. 1   Chandler AZ 85226 |
| 16584839 | Enterprise Fleet Management, Inc. | 811 Main Street   Kansas City MO 64105 |
| 16601428 | Euler Hermes N.A as Agent for RGH ENTERPRISES, INC | 800 Red Brook Blvd, #400C   Owings Mills, MD 21117 |
| 16584840 | Extra Space Storage | 448 N. Greenfield Road   Mesa AZ 85205 |
| 16711981 | Flex Technology Group | dba ProCopy   2845 N. Omaha St.   Mesa, AZ 85215 |
| 16584841 | Frontline Asset Strategies | 2700 Snelling Avenue N., Ste 250   Saint Paul MN 55113 |
| 16584842 | George Winney | Gammage & Burnham   2 N. Central Avenue #18   Phoenix AZ 85004 |
| 16667708 | Health Resources & Service Admin. | P.O. Box 31376   Salt Lake City, UT 84131–0376 |
| 16756789 | Health Resources & Services Administration US DHHS | Angela Belgrove   90 7th Street, Suite 4–500   San Francisco, CA 94103 |
| 16584843 | Henry Alino | 13659 W. Gelding Drive   Surprise AZ 85379 |
| 16584844 | Howard Worley | Greenberg, Grant & Richards   5858 Westheimer Road, # 500   Houston TX 77057 |
| 16620380 | INDUSTRIAL COMMISSION OF ARIZONA, INC. | c/o Stan M. Hammerman, Esq.   Hammerman & Hultgren, P.C.   3101 N. Central Avenue, Ste. 1030   Phoenix, AZ 85012 |
| 16643733 | IRON MOUNTAIN INCORPORATED | c/o CORPORATION SERVICE COMPANY   8825 N 23rd Avenue, Suite 100   PHOENIX, AZ 85021 |
| 16584845 | Industrial Commission of Arizona | 800 West Washington Street   Phoenix AZ 85007 |
| 16584846 | Internal Revenue Service | PO Box 7346   Philadelphia PA 19101–7346 |
| 16584847 | International Shopping Center Investment | 1450 E. Indian School Road, #104   Phoenix AZ 85014 |
| 16673743 | International Shopping Center Investments, L.L.C. | c/o Sanford J. Germaine, P.C.   4634 North 44th Street   Phoenix, Arizona 85018 |
| 16584848 | Irene Jones | 21155 E. Duncan Street   Queen Creek AZ 85142 |
| 16672667 | Iron Mountain Information Management, LLC | 1 Federal Street, 7th Floor   1 Federal Street, 7th Floor   Boston, MA 02110 |
| 16584849 | Isaac Johnson | 2128 E. Parkway Drive   Phoenix AZ 85040 |
| 16584850 | Jessie Hernandez | 1345 N. Raven   Mesa AZ 85207 |
| 16584851 | Jo–Jo–Co, LLC | 3945 E. Fairfield Circle   Mesa, AZ 85203 |
| 16888988 | Keery McCue, PLLC | 6803 E. Main Street, Suite 1116   Scottsdale, AZ 85251 |
| 16584852 | Korman Healthcare , LLC | 5783 W. Erie Street   Chandler AZ 85226 |
| 16618447 | Korman, LLC | 8686 E San Alberto Dr. Ste 200   Scottsdale, AZ 85258–8686 |
| 16622975 | LVNV Funding, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587 |
| 16584853 | Loren Ungar | Lewis Brisbois   2929 N. Central Avenue #1700   Phoenix AZ 85012 |
| 16584854 | Lucy Baaru | 9821 Tyler Drive   McKinney TX 75072–3216 |
| 16641673 | MARCUS LEWIS | 3539 E. PRESIDIO CIRCLE   MESA AZ 85213 |
| 16592205 | MEWON MCCARTHY SP TRUST | C/O DAVID L. KNAPPER, ESQ.   1599 EAST ORANGEWOOD AVENUE, #125   PHOENIX, AZ 85020 |
| 16641668 | MJL Financial, LLC | c/o Registered Agents, Inc.   30 N. Gould St., Ste. R   Sheridan, WY 82801 |
| 16584855 | Marcus Lewis | 11629 S. 43rd Avenue   Laveen, AZ 85339 |
| 16584856 | Maria Speth | Jaburg & Wilk, P.C.   3200 N. Central Avenue, 20th Floor   Phoenix AZ 85012 |
| 16584857 | Marie Knasas | 5728 E. Bell St   Apache Junction AZ 85119 |
| 16584858 | Martin Rubin, M.D. | 302 W. Crofton   Chandler, AZ 85225 |
| 16584859 | Matheson Tri–Gas, Inc. | 3 Mountainview Road, 3rd Floor   Warren NJ 07059–6704 |
| 16584860 | McKesson Medical Surgical, Inc. | PO Box 51020   Los Angeles CA 90051–5320 |
| 16637732 | McKesson Medical–Surgical Minnesota Supply, Inc. | 6651 Gate Parkway   Jacksonville, FL 32256 |
| 16584861 | Medlift Inc. | 4614 E. Waltann Lane   Phoenix, AZ 85032 |
| 16584862 | Mercy Care | 4500 E. Cotton Center Blvd.   Phoenix AZ 85040 |
| 16584863 | Mewon McCarthy SP Trust | 3452 E. Aloe Drive   Chandler AZ 85286 |
| 16584864 | Nancy Njoroge | 1171 W. Chicago Street   Chandler AZ 85224 |
| 16584865 | National Government Services, Inc. | US Bank Lockbox Services, J6A   PO Box 809199   Chicago IL 60680–9199 |
| 16584866 | Newco Capital Group | c/o Berkovitch & Bouskila, PLLC   80 Broad Street, Ste. 3303   New York NY 10004 |
| 16626834 | OP Pharmacy, LLC d/b/a OnePoint Patient Care | Phillip A. Martin   Fultz Maddox Dickens PLC   101 S. Fifth Street, 27th Floor   Louisville, KY 40202 |
| 16584867 | One Point Patient Care | 1275 W. Washington Street, Ste. 105   Tempe AZ 85281 |
| 16584868 | Patrick Njunge | 1361 S. Greenfield Road   Mesa AZ 85203 |
| 16584869 | Patti Lewis | 9722 E. Empress Avenue   Mesa AZ 85208 |
| 16584870 | Phup Muturi | 1361 S. Greenfield Road   Mesa AZ 85203 |
| 16584871 | Princesa Mba | 6850 W. State Avenue   Glendale AZ 85303 |
| 16584872 | Progressive Commercial | Dept 0561   Carol Stream IL 60132–0561 |
| 16584873 | Rapid Ray, LLC | PO Box 744   Cortaro AZ 85652 |
| 16584874 | Raymond Thomas | PO Box 22213   Mesa AZ 85277 |
| 16584875 | Receivable Management Services, LLC | PO Box 19646   Minneapolis MN 55419 |
| 16584877 | SHB, LLC | 3436 Magazine Street, 622   New Orleans LA 70115 |
| 16584881 | SRP | P O Box 80062   Prescott AZ 86304–8062 |
| 16584880 | SRP Business Center PAB361 | PO Box 52025   Phoenix AZ 85072–2025 |
| 16584876 | Sanford J. Germaine | 4634 N. 44th Street   Phoenix AZ 85018–3833 |
| 16641669 | Sanford J. Germaine, PC | 4634 N. 44th St.   Phoenix, AZ 85018–3833 |
| 16584878 | Shred It | c/o Stericycle, Inc.   2355 Waukegan Rd.   Bannockburn IL 60015 |
| 16584879 | Signius Communications | PO Box 95117   Chicago IL 60694–5117 |
| 16656247 | Sonara Quest Laboratories | 424 S. 56th St.   Ste. 100   Phoenix, AZ 85034 |
| 16656248 | St. Josephs Med. Ctr. | 350 W. Thomas Rd.   Phoenix, AZ 85013 |
| 16584882 | Stanley Hammerman | Hammerman & Hultgren, P.C.   3101 N. Central Avenue, Suite 1030   Phoenix AZ 85012 |

| | | | | |
|---|---|---|---|---|
| 16584883 | Stanley M. Hammerman | Hammerman & Hultgren, P.C. | 3101 N. Central Avenue, Suite 1030 | Phoenix AZ 85012 |
| 16584884 | Sylvia Aluoch | 21155 E Duncan Street | Queen Creek AZ 85142 | |
| 16584885 | Texas National Bank | 4126 Crosspoint Blvd | Edinburg TX 78539 | |
| 16667707 | The Receivables Management Svc. | P.O. Box 19646 | Minneapolis, MN 55149 | |
| 16584886 | Tina Marie Duran | 4211 E. Palm Lane, #108 | Phoenix AZ 85008–3128 | |
| 16592535 | U. S. DEPARTMENT OF TREASURY | PO BOX 979101 | SAINT LOUIS MO 63197–9000 | |
| 16639329 | U.S. Department of Health & Human Services | Angela M. Belgrove | 90 – 7th Street, Suite 4–500 | San Francisco, CA 94103 |
| 16584887 | United Financial Casualty Company | 6300 Wilson Mills Road | Cleveland OH 44143–2182 | |
| 16584888 | Valley Home Health Agency, Inc. | 1350 E. McKellips Road, Ste. 5 | Mesa AZ 85203 | |
| 16584889 | Verizon Wireless | PO Box 408 | Newark, NJ 07101–0408 | |
| 16584890 | Vicki McLeod | 10401 N. Cave Creek Road | #171 | Phoenix AZ 85020 |
| 16584891 | Virginia Mwaura | 3101 N. 64th Street | Mesa AZ 85215 | |
| 16584892 | W A M Surprise Limited Partnership | 7335 E. Double Tree Ranch Road, Ste. 280 | Scottsdale AZ 85258 | |
| 16584893 | Wex Bank / LVNV Funding, LLC | Greenberg, Grant & Richards | 5858 Westheimer Road, # 500 | Houston TX 77057 |
| 16618446 | William Kennedy | 8686 E San Alberto Dr. Ste 200 | Apt. 4 | Scottsdale, AZ 85258 |

TOTAL: 116