United States Bankruptcy Court

District of Arizona

In re:  
VALLEY HOSPICE OF ARIZONA, INC.  
    Debtor

Case No. 21-08392-PS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 06, 2023      Form ID: pdf001      Total Noticed: 113

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | VALLEY HOSPICE OF ARIZONA, INC., c/o Christine Muturi Lewis, 3422 E APPLEBY DR, GILBERT, AZ 85298-2207 |
| cr | + | INDUSTRIAL COMMISSION OF ARIZONA, INC., c/o Stanley M. Hammerman, Esq., Hammerman & Hultgren, P.C., 3101 N. Central Avenue, Ste. 1030, Phoenix, AZ 85012-2654 |
| intp | +++ | MJL Financial Group, PO Box 44584, Phoenix, AZ 85064-4584 |
| intp | +++ | Marcus Lewis, PO Box 44584, Phoenix, AZ 85064-4584 |
| ombh | + | SUSAN N. GOODMAN, Pivot Health Law, LLC, P.O. Box 69734, Oro Valley, AZ 85737-0021 |
| intp | #+ | Thomas G. Luikens, Luikens Law Office, 2700 N. Third Street, Suite 2005, Phoenix, AZ 85004, UNITED STATES 85004-4602 |
| 16628729 | + | 1540 East Apache Blvd., #3015, Tempe, AZ 85281-6497 |
| 16584819 | #+ | A Better Connection, 9065 Lyndale Avenue South, Bloomington MN 55420-3502 |
| 16584820 | + | A.R.M. Solutions, Inc., PO Box 2929, Camarillo CA 93011-2929 |
| 16584821 | + | Ability Network, Inc., Butler Square, 100 N. 6th Street, Suite 900A, Minneapolis MN 55403-1516 |
| 16613197 | + | Aetna, Inc., Aaron McCollough, McGuireWoods LLP, 77 W. Wacker Dr., Suite 4100, Chicago, IL 60601-1818 |
| 16584822 | | Arizona Department of Economic Security, PO Box 6028, Phoenix AZ 85005-6028 |
| 16628730 | + | Bernastine M. Rice, 1540 East Apache Blvd. #3015, Tempe, AZ 85281-6497 |
| 16584825 | + | Blue Cross Blue Shield of Arizona, 2444 W. Palmaritas Drive, Phoenix AZ 85021-4883 |
| 16586359 | + | Blue Cross Blue Shield of Arizona, Inc., 2444 W. Las Palmaritas Drive, Phoenix, AZ 85021, Phoenix, AR 85021-4860 |
| 16584826 | + | Brightree, 125 Technology Parkway, Peachtree Corners GA 30092-2913 |
| 16584827 | | Bryan Swan, Stuart-Lippman and Associates, 5447 E. Fifth Street, Tucson AZ 85711-2345 |
| 16656246 | + | CVS Caremark, P.O. Box 52002, Phoenix, AZ 85072-2002 |
| 16584828 | + | Caroline Muringih, 1361 S. Greenfield Road, Mesa AZ 85206-3306 |
| 16584829 | + | Celtic Bank Corporation, c/o Bluevine, Processor & Servicer, 401 Warren Street, Redwood City CA 94063-1578 |
| 16635788 | +++ | Christine Lewis, 3539 E. Presidio Circle, Mesa, AZ 85213-9017 |
| 16584830 | +++ | Christine Muturi Lewis, 3539 E. Presidio Circle, Mesa, AZ 85213-9017 |
| 16665170 | | Cigna, c/o The Rawlings Co., Attn: Amanda Jones, P.O. Box 2020, Lagrange, KY 40031-2020 |
| 16584832 | + | Community Health Accreditation Program, 2300 Clarendon Boulevard, Suite 405, Arlington VA 22201-3392 |
| 16584834 | + | Crest Insurance Group, 2321 N. 4th Street, Flagstaff AZ 86004-3708 |
| 16584835 | + | Danny Ford, Gurstel Law Firm, P.C., 9320 E. Raintree Drive, Scottsdale AZ 85260-2098 |
| 16584836 | #+ | Daryl Moore, 3416 N. Everest Street, Mesa AZ 85215-4320 |
| 16625178 | + | Enterprise FM Trust and Enterprise Fleet Managemen, Geoffrey S. Goodman, Foley & Lardner LLP, 321 N. Clark Street, Suite 3000, Chicago, IL 60654-4762 |
| 16584838 | + | Enterprise Fleet Management, 4100 W. Galveston Street, Ste. 1, Chandler AZ 85226-4016 |
| 16584839 | + | Enterprise Fleet Management, Inc., 811 Main Street, Kansas City MO 64105-2005 |
| 16601428 | + | Euler Hermes N.A as Agent for RGH ENTERPRISES, INC, 800 Red Brook Blvd, #400C, Owings Mills, MD 21117-5173 |
| 16584840 | + | Extra Space Storage, 448 N. Greenfield Road, Mesa AZ 85205-7010 |
| 16711981 | + | Flex Technology Group, dba ProCopy, 2845 N. Omaha St., Mesa, AZ 85215-1166 |
| 16584842 | + | George Winney, Gammage & Burnham, 2 N. Central Avenue #18, Phoenix AZ 85004-2322 |
| 16667708 | | Health Resources & Service Admin., P.O. Box 31376, Salt Lake City, UT 84131-0376 |
| 16756789 | + | Health Resources & Services Administration US DHHS, Angela Belgrove, 90 7th Street, Suite 4-500, San Francisco, CA 94103-6721 |
| 16584843 | + | Henry Alino, 13659 W. Gelding Drive, Surprise AZ 85379-8357 |
| 16584844 | + | Howard Worley, Greenberg, Grant & Richards, 5858 Westheimer Road, # 500, Houston TX 77057-5645 |

| ID | Mark | Entry |
|---|---|---|
| 16620380 | + | INDUSTRIAL COMMISSION OF ARIZONA, INC., c/o Stan M. Hammerman, Esq., Hammerman & Hultgren, P.C., 3101 N. Central Avenue, Ste. 1030, Phoenix, AZ 85012-2654 |
| 16643733 | + | IRON MOUNTAIN INCORPORATED, c/o CORPORATION SERVICE COMPANY, 8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021-4148 |
| 16584847 | + | International Shopping Center Investment, 1450 E. Indian School Road, #104, Phoenix AZ 85014-4954 |
| 16673743 | + | International Shopping Center Investments, L.L.C., c/o Sanford J. Germaine, P.C., 4634 North 44th Street, Phoenix, Arizona 85018-3833 |
| 16584848 | + | Irene Jones, 21155 E. Duncan Street, Queen Creek AZ 85142-6763 |
| 16672667 | + | Iron Mountain Information Management, LLC, 1 Federal Street, 7th Floor, 1 Federal Street, 7th Floor, Boston, MA 02110-2003 |
| 16584849 | + | Isaac Johnson, 2128 E. Parkway Drive, Phoenix AZ 85040-2541 |
| 16584850 | + | Jessie Hernandez, 1345 N. Raven, Mesa AZ 85207-3844 |
| 16584851 | + | Jo-Jo-Co, LLC, 3945 E. Fairfield Circle, Mesa, AZ 85205-5111 |
| 16888988 | + | Keery McCue, PLLC, 6803 E. Main Street, Suite 1116, Scottsdale, AZ 85251-4319 |
| 16584852 | + | Korman Healthcare , LLC, 5783 W. Erie Street, Chandler AZ 85226-2749 |
| 16618447 | + | Korman, LLC, 8686 E San Alberto Dr. Ste 200, Scottsdale, AZ 85258-4380 |
| 16584853 | + | Loren Ungar, Lewis Brisbois, 2929 N. Central Avenue #1700, Phoenix AZ 85012-2761 |
| 16584854 | | Lucy Baaru, 9821 Tyler Drive, McKinney TX 75072-3216 |
| 16641673 | #+ | MARCUS LEWIS, 3539 E. PRESIDIO CIRCLE, MESA AZ 85213-9017 |
| 16592205 | + | MEWON MCCARTHY SP TRUST, C/O DAVID L. KNAPPER, ESQ., 1599 EAST ORANGEWOOD AVENUE, #125, PHOENIX, AZ 85020-5159 |
| 16641668 | + | MJL Financial, LLC, c/o Registered Agents, Inc., 30 N. Gould St., Ste. R, Sheridan, WY 82801-6317 |
| 16584855 | + | Marcus Lewis, 11629 S. 43rd Avenue, Laveen, AZ 85339-3245 |
| 16584856 | + | Maria Speth, Jaburg & Wilk, P.C., 3200 N. Central Avenue, 20th Floor, Phoenix AZ 85012-2403 |
| 16584857 | + | Marie Knasas, 5728 E. Bell St, Apache Junction AZ 85119-9624 |
| 16584858 | + | Martin Rubin, M.D., 302 W. Crofton, Chandler, AZ 85225-7137 |
| 16584859 | | Matheson Tri-Gas, Inc., 3 Mountainview Road, 3rd Floor, Warren NJ 07059-6704 |
| 16584860 | | McKesson Medical Surgical, Inc., PO Box 51020, Los Angeles CA 90051-5320 |
| 16637732 | + | McKesson Medical-Surgical Minnesota Supply, Inc., 6651 Gate Parkway, Jacksonville, FL 32256-8075 |
| 16584861 | + | Medlift Inc., 4614 E. Waltann Lane, Phoenix, AZ 85032-8414 |
| 16584862 | + | Mercy Care, 4500 E. Cotton Center Blvd., Phoenix AZ 85040-8895 |
| 16584863 | + | Mewon McCarthy SP Trust, 3452 E. Aloe Drive, Chandler AZ 85286-2511 |
| 16584864 | + | Nancy Njoroge, 1171 W. Chicago Street, Chandler AZ 85224-5227 |
| 16584865 | | National Government Services, Inc., US Bank Lockbox Services, J6A, PO Box 809199, Chicago IL 60680-9199 |
| 16584866 | + | Newco Capital Group, c/o Berkovitch & Bouskila, PLLC, 80 Broad Street, Ste. 3303, New York NY 10004-2845 |
| 16626834 | + | OP Pharmacy, LLC d/b/a OnePoint Patient Care, Phillip A. Martin, Fultz Maddox Dickens PLC, 101 S. Fifth Street, 27th Floor, Louisville, KY 40202-3067 |
| 16584867 | + | One Point Patient Care, 1275 W. Washington Street, Ste. 105, Tempe AZ 85288-1859 |
| 16584868 | + | Patrick Njunge, 1361 S. Greenfield Road, Mesa AZ 85206-3306 |
| 16584869 | + | Patti Lewis, 9722 E. Empress Avenue, Mesa AZ 85208-3134 |
| 16584870 | + | Phup Muturi, 1361 S. Greenfield Road, Mesa AZ 85206-3306 |
| 16584872 | | Progressive Commercial, Dept 0561, Carol Stream IL 60132-0561 |
| 16584873 | + | Rapid Ray, LLC, PO Box 744, Cortaro AZ 85652-0744 |
| 16584874 | + | Raymond Thomas, PO Box 22213, Mesa AZ 85277-2213 |
| 16584875 | + | Receivable Management Services, LLC, PO Box 19646, Minneapolis MN 55419-0646 |
| 16584877 | + | SHB, LLC, 3436 Magazine Street, 622, New Orleans LA 70115-2480 |
| 16584881 | | SRP, P O Box 80062, Prescott AZ 86304-8062 |
| 16584880 | | SRP Business Center PAB361, PO Box 52025, Phoenix AZ 85072-2025 |
| 16584876 | | Sanford J. Germaine, 4634 N. 44th Street, Phoenix AZ 85018-3833 |
| 16641669 | | Sanford J. Germaine, PC, 4634 N. 44th St., Phoenix, AZ 85018-3833 |
| 16584879 | | Signius Communications, PO Box 95117, Chicago IL 60694-5117 |
| 16656247 | + | Sonara Quest Laboratories, 424 S. 56th St., Ste. 100, Phoenix, AZ 85034-2177 |
| 16656248 | + | St. Josephs Med. Ctr., 350 W. Thomas Rd., Phoenix, AZ 85013-4409 |
| 16584882 | + | Stanley Hammerman, Hammerman & Hultgren, P.C., 3101 N. Central Avenue, Suite 1030, Phoenix AZ 85012-2654 |
| 16584883 | + | Stanley M. Hammerman, Hammerman & Hultgren, P.C., 3101 N. Central Avenue, Suite 1030, Phoenix AZ 85012-2654 |
| 16584884 | + | Sylvia Aluoch, 21155 E Duncan Street, Queen Creek AZ 85142-6763 |
| 16584885 | + | Texas National Bank, 4126 Crosspoint Blvd, Edinburg TX 78539-1803 |
| 16667707 | + | The Receivables Management Svc., P.O. Box 19646, Minneapolis, MN 55419-0646 |
| 16584886 | +++ | Tina Marie Duran, 4211 E. Palm Lane, #108, Phoenix AZ 85008-3128 |
| 16592535 | | U. S. DEPARTMENT OF TREASURY, PO BOX 979101, SAINT LOUIS MO 63197-9000 |
| 16639329 | + | U.S. Department of Health & Human Services, Angela M. Belgrove, 90 - 7th Street, Suite 4-500, San Francisco, CA 94103-6721 |
| 16584888 | + | Valley Home Health Agency, Inc., 1350 E. McKellips Road, Ste. 5, Mesa AZ 85203-2739 |
| 16584890 | + | Vicki McLeod, 10401 N. Cave Creek Road, #171, Phoenix AZ 85020-1627 |
| 16584891 | + | Virginia Mwaura, 3101 N. 64th Street, Mesa AZ 85215-0927 |
| 16584892 | + | W A M Surprise Limited Partnership, 7335 E. Double Tree Ranch Road, Ste. 280, Scottsdale AZ 85258-2034 |
| 16584893 | | Wex Bank / LVNV Funding, LLC, Greenberg, Grant & Richards, 5858 Westheimer Road, # 500, Houston TX 77057-5645 |

| Recip ID | | Name and Address |
|---|---|---|
| 16618446 | + | William Kennedy, 8686 E San Alberto Dr. Ste 200, Apt. 4, Scottsdale, AZ 85258-4380 |

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16584824 | | Email/Text: mdewaal@treancorp.com | Feb 06 2023 22:39:00 | Benchmark Insurance Company, 3601 N. University Avenue, Suite 100, Provo UT 84604 |
| 16588386 | + | Email/Text: bankruptcynotices@azdor.gov | Feb 06 2023 22:39:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 16584823 | | Email/Text: bankruptcynotices@azdor.gov | Feb 06 2023 22:39:00 | Arizona Department of Revenue, Bankruptcy & Litigation, 1600 W. Monroe, 7th Floor, Phoenix AZ 85007-2650 |
| 16615709 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2023 22:39:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 16584831 | ^ | MEBN | Feb 06 2023 22:37:18 | Collection Bureau of America, 25954 Eden Landing Road, Hayward CA 94545-3837 |
| 16584833 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Feb 06 2023 22:40:11 | Cox Business, 1550 W. Deer Valley Rd, Phoenix AZ 85027-2121 |
| 16584837 | + | Email/Text: bankruptcy@dsservices.com | Feb 06 2023 22:40:00 | DS Services of America, Inc., 1740 W. Broadway, Mesa AZ 85202-1120 |
| 16584841 | + | Email/Text: Banko@frontlineas.com | Feb 06 2023 22:41:00 | Frontline Asset Strategies, 2700 Snelling Avenue N., Ste 250, Saint Paul MN 55113-1783 |
| 16584845 | + | Email/Text: legal.banknotif@azica.gov | Feb 06 2023 22:40:00 | Industrial Commission of Arizona, 800 West Washington Street, Phoenix AZ 85007-2903 |
| 16584846 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2023 22:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16622975 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2023 22:48:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16584878 | + | Email/Text: BankruptcyNotice@Stericycle.com | Feb 06 2023 22:39:00 | Shred It, c/o Stericycle, Inc., 2355 Waukegan Rd., Bannockburn IL 60015-5501 |
| 16584887 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 06 2023 22:40:00 | United Financial Casualty Company, 6300 Wilson Mills Road, Cleveland OH 44143-2182 |
| 16584889 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2023 22:39:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MEWON MCCARTHY SP TRUST |
| intp | | U.S. Department of Health and Human Services |
| cr | *+ | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| intp | *+ | Christine Lewis, 3539 E. Presidio Circle, Mesa, AZ 85213-9017 |
| 16584871 | ##+ | Princesa Mba, 6850 W. State Avenue, Glendale AZ 85303-2122 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

**Name** **Email Address**

DAVID L. KNAPPER
  on behalf of Creditor MEWON MCCARTHY SP TRUST dlk@knapperlaw.com

EDWARD K. BERNATAVICIUS
  on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov

JAMES E. CROSS
  jcross@crosslawaz.com kstewart@crosslawaz.com,jcross@ecf.axosfs.com

MATTHEW ALLEN SILVERMAN
  on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov,sandra.carlson@azag.gov

Neil Singh
  on behalf of Interested Party U.S. Department of Health and Human Services neil.singh@usdoj.gov celescia.broughton@usdoj.gov,CaseView.ECF@usdoj.gov

PATRICK F KEERY
  on behalf of Interested Party Marcus Lewis pfk@keerymccue.com Mthompson@ecf.courtdrive.com,2624@notices.nextchapterbk.com,mat@keerymccue.com

STANLEY M. HAMMERMAN
  on behalf of Creditor INDUSTRIAL COMMISSION OF ARIZONA INC. Minute_Entry@hammerman-hultgren.com, Tina@hammerman-hultgren.com

SUSAN N. GOODMAN
  on behalf of Health Care Ombudsman SUSAN N. GOODMAN sgoodman@pivothealthaz.com pivothealthaz@gmail.com

TERRY A. DAKE
  on behalf of Trustee JAMES E. CROSS tdake@cox.net

TERRY A. DAKE
  on behalf of Plaintiff James E Cross tdake@cox.net

THOMAS G. LUIKENS
  on behalf of Interested Party Thomas G. Luikens tom@thomasluikens.com tgllegalassistant@earthlink.net

TOTAL: 11

```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

```
In re:                              )  In Chapter 7 Proceedings
                                    )
VALLEY HOSPICE OF ARIZONA, INC.)       Case No. 2:21-BK-08392-PS
                                    )
                    Debtor.         )
                                    )
```

### NOTICE OF BAR DATE FOR OBJECTIONS TO TRUSTEE'S MOTION

**PLEASE TAKE NOTICE** that the trustee has filed the attached motion with the Court. Your rights may be affected by this motion.

You should read these papers carefully, and discuss them with your attorney if you have one.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **February 27, 2023** you or your attorney must file with the Court a written response setting forth your concerns and requesting a hearing on the trustee's motion.  Your response must be filed with the Court at:

**Clerk Of The Court**
**United States Bankruptcy Court**
**230 N. First Ave.**
**Ste. 101**
**Phoenix, Arizona 85003-1706**

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

>Terry A. Dake, Esq.
>**TERRY A. DAKE, LTD.**
>P.O. Box 26945
>Phoenix, Arizona 85068-6945
>tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice or hearing.

DATED February 3, 2023.

**TERRY A. DAKE, LTD.**

By /s/ TD009656
  Terry A. Dake
  P.O. Box 26945
  Phoenix, Arizona  85068-6945
  Attorney for Trustee

---

[1] E-mailed papers must be in pdf format.

**TERRY A. DAKE, LTD.**
P.O. Box 26945
Phoenix, AZ 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

*Terry A. Dake – 009656*

*Attorney for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>VALLEY HOSPICE OF ARIZONA, INC<br><br>Debtor. | In Chapter 7 Proceedings<br>Case No. 2:21-BK-08392-PS |

**MOTION TO APPROVE COMPROMISE**

The trustee, James Cross ("**Trustee**"), by and through undersigned counsel, hereby moves this Court for the entry of an order approving a compromise with Marcus John Lewis ("**Lewis**") and MJL Financial Group, LLC ("**MJL**" and together with Lewis collectively, the "**Lewis Parties**"). The Trustee's motion ("**Motion**") is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

Dated February 2, 2023

**TERRY A. DAKE, LTD.**

By */s/TD009656*
   Terry A. Dake
   P.O. Box 26945
   Phoenix, AZ 85068-6945
   Attorney for Trustee

00359510.2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Prior to the bankruptcy filing, certain real property commonly known as 3539 E. Presidio Circle, Mesa, AZ (the "Property") was titled in the name of MJL. The Property was then transferred to Valley Hospice of Arizona, Inc. ("**Debtor**") so that the Debtor could obtain financing using the Property as collateral. After the loan was obtained, an interest in the Property was then transferred by the Debtor to Lewis. Lewis then transferred that interest to MJL. The trustee contends that the transfers to Lewis and MJL are avoidable.

On or about November 12, 2021 ("**Petition Date**"), Debtor filed a bankruptcy petition commencing the instant bankruptcy case ("**Bankruptcy Case**") under Chapter 11 of the Bankruptcy Code ("**Code**"). On or about January 20, 2022, after an evidentiary hearing, the Court entered an Order converting Debtor's Ch. 11 case to a Ch. 7 Case [Dkt. No. 97]. On or about March 4, 2022, the Court entered an Order permitting the sale of the Property ("**Sale Order**")[Dkt. No. 159; *see also* Notice at Dkt. No. 177]. Pursuant to the Sale Order, on or about June 17, 2022, the Trustee sold the Property and and filed his *Report of Sale* [Dkt. No. 180] advising that the bankruptcy estate would receive $539,613.32 in net proceeds from the Sale of the Property ("**Sale Proceeds**"). On or about October 25, 2022, the Trustee commenced an adversary proceeding (*see generally* Adv. No. 2:22-ap-00243)(the "**Adversary Proceeding**") naming the Lewis Parties as defendants and seeking to avoid the transfer of the interest in the Property to Lewis and to obtain an order determining that Lewis and MJL had no interest in the sale proceeds of the Property. On or about December 15, 2022,

the Trustee obtained a judgment in the Adversary Proceeding by default thereby avoiding the transfers and determining that neither of the Lewis Parties have a claim to the sale proceeds of the Property.

The Lewis Parties contend that there are grounds to set aside the default judgment and that the Lewis Parties are entitled to half of the Sale Proceeds. The Trustee disputes those claims. However, to avoid further litigation, and the delay and expense associated with litigation, the Trustee has agreed to pay the Lewis Parties the sum of thirty thousand dollars ($30,000.00) ("**Settlement Sum**") in full satisfaction of any and all claims of any kind or nature that the Lewis Parties may have, if any, against the Property, against the sale proceeds of the Property, and against the bankruptcy estate, as well as any claims that they may have to set aside the judgment in the Adversary Proceeding. The bankruptcy estate shall assert no further claims of any kind or nature to the Settlement Sum.

Payment of the Settlement Sum shall be made by the bankruptcy estate not later than fourteen (14) days after the entry of an Order approving this settlement. The check shall be payable jointly to Lewis and MJL and shall be mailed to counsel for Lewis and MJL, whose name and address appears at the end of this motion.

In light of the amounts at issue, and the costs and uncertainties of additional litigation, the Trustee believes that the proposed compromise is reasonable and in the best interest of the estate. The proposed compromise avoids the delay, expense and uncertainty of additional litigation and provides a return to the estate.

Compromises in bankruptcy are generally favored because "they provide for an often needed and efficient resolution of the bankruptcy case." *Tindall v. Mavrode (In re Mavrode)*, 205 B.R. 716, 719 (Bankr. D. N.J. 1997). The Ninth Circuit Court of Appeals has long recognized that the bankruptcy court has "great latitude" in approving compromises. *See, e.g., Woodson v. Fireman's Fund Ins. Co. (In re Woodson)*, 839 F.2d 610, 620 (9th Cir. 1988); *see also In re Daley's Dump Truck Svcs, Inc.*, 108 F.3d. 213, 215 (9th Cir. 1997); *Martin v. Kane (In re A & C Properties)*, 784 F.2d 1377, 1380-81 (9th Cir. 1986) (internal quotations omitted), *cert. denied*, 479 U.S. 854 (1986).

In approving a settlement agreement, the Court need not conduct either an exhaustive investigation into the validity, or a mini-trial on the merits, of the claims sought to be compromised. *United States v. Alaska National Bank (In re Walsh Constr., Inc.)*, 669 F.2d 1325, 1328 (9th Cir. 1982); *In re Schmidt*, 215 B.R. 417, 423 (B.A.P. 9th Cir. 1997) ("When assessing a compromise, courts need not rule upon disputed facts and questions of law, but rather only canvass the issues. A mini trial on the merits is not required.") (citations omitted). Rather, it is sufficient that the Court find that the settlement was negotiated in good faith and is reasonable, fair, and equitable. *A & C Properties*, 784 F.2d at 1381. Further, a court generally should give deference to a trustee's exercise of business judgment. *In re Mickey Thompson*

*Entm't Group, Inc.*, 292 B.R. 415, 420 (9th Cir. BAP 2003).

The Ninth Circuit Court of Appeals has identified the following factors for consideration in determining whether a proposed settlement agreement is reasonable, fair, and equitable:

(a) the probability of success in the litigation;

(b) the difficulties, if any, to be encountered in the matter of collection;

(c) the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attending it; and

(d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Id.* Consideration of these factors does not require the Court to decide the questions of law and fact raised in the controversies sought to be settled, or to determine whether the settlement presented is the best one that could possibly have been achieved. Rather, the Court need only canvass the issues to determine whether the settlement falls "below the lowest point in the zone of reasonableness." *Newman v. Stein*, 464 F.2d 689, 698 (2d Cir. 1972). Finally, although the Court should give deference to the reasonable views of creditors, objections do not rule. *In re Lee Way Holding Co.*, 120 B.R. 881, 891 (Bankr. S.D. Ohio 1990). Here, the Settlement meets the factors for approval of a compromise under Fed. R. Bankr. P. 9019.

The Trustee believes that, in the exercise of his

business judgment, this settlement satisfies these criteria. A contest of the default judgment will cost the estate legal fees and expenses and will impose additional delay in the administration of the estate. Further, if the default judgment were to be set aside, then the estate would have to endure further litigation, expense and delay over the merits of the avoidance claims. This settlement avoids that delay, expense and uncertainty. Accordingly, the Trustee requests that this Court approve the proposed settlement with the Lewis Parties as set forth herein.

**WHEREFORE**, the Trustee prays for the entry of an Order approving a settlement as set forth herein and for whatever further and other relief the Court deems proper.

**DATED** February 2, 2023

                                     **TERRY A. DAKE, LTD.**

                                     By */s/TD009656*
                                         Terry A. Dake
                                         P.O. Box 26945
                                         Phoenix, AZ  85068-6945
                                         Attorney for Trustee

**APPROVED AND AGREED:**

 /s/ *Patrick F. Keery* (#030971)
PATRICK F KEERY
KEERY MCCUE, PLLC
6803 E MAIN STREET
SUITE 1116
SCOTTSDALE, AZ 85251
Tel: 480-478-0709
Fax : 480-478-0787
Email: pfk@keerymccue.com
*Attorneys for Lewis & MJL*

6