# VHOA

McLeod, Vicki A <Vicki.McLeod@bannerhealth.com>
Mon 2/6/2023 5:40 AM
To: McLeod, Vicki A <Vicki.McLeod@bannerhealth.com>

I was employed at VHOA at an annual salary of $90,000.00 USD per year.

$90,000 divided by 26 pay periods equals $3,461 each pay period.

I was not reimbursed for 4.4 pay periods.

With that being said, Christine Muturi owes me $15,000 unpaid salary for pay periods,

10/5/21; 10/20/21; 11/5/21; and 11/20/21. My last day was 11/19/21, so I am owed a partial check for my last days.

Vicki McLeod

*[signature]*

FILED
FEB 0 9 2023
UNITED STATES
BANKRUPTCY COURT
THE DISTRICT OF ARIZ

FILED
FEB 0 9 2023
UNITED STATES
BANKRUPTCY COURT
THE DISTRICT OF ARIZ