*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona  85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

### NOTICE OF LODGING ORDER

Please take notice that the attached order has been lodged with the Court.

DATED February 16, 2023.

                *TERRY A. DAKE, LTD.*

                By /s/ TD009656
                   Terry A. Dake
                   P.O. Box 26945
                   Phoenix, Arizona 85068-6945

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:                              ) In Chapter 7 Proceedings
                                    )
VALLEY HOSPICE OF ARIZONA, INC.)    Case No. 2:21-BK-08392-PS
                                    )
                    Debtor.         )
_____)

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 1**

This matter having come before the Court on the trustee's Objection To Claim No. 1 And Notice Of Bar Date For Objections (Admin. Dkt. No. 202); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 1 is sustained and Claim No. 1 is disallowed.

**DATED AND SIGNED ABOVE.**