*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF LODGING ORDER**

      Please take notice that the attached order has been lodged with the Court.

      DATED February 16, 2023.

                              *TERRY A. DAKE, LTD.*

                              By /s/ TD009656
                                 Terry A. Dake
                                 P.O. Box 26945
                                 Phoenix, Arizona 85068-6945

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re: ) In Chapter 7 Proceedings
)
VALLEY HOSPICE OF ARIZONA, INC.) Case No. 2:21-BK-08392-PS
)
Debtor. )
_____)

**ORDER SUSTAINING OBJECTION TO**
**CLAIM NO. 7**

This matter having come before the Court on the trustee's Objection To Claim No. 7 And Notice Of Bar Date For Objections (Admin. Dkt. No. 204); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 7 is sustained and Claim No. 7 is disallowed.

**DATED AND SIGNED ABOVE.**