| | |
|---|---|
| 1 | ***TERRY A. DAKE, LTD.***<br>**P.O. Box 26945** |
| 2 | **Phoenix, Arizona 85068-6945**<br>**Telephone: (602) 710-1005** |
| 3 | **tdake@cox.net** |
| 4 | **Terry A. Dake - 009656** |
| 5 | Attorney for Trustee |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF LODGING ORDER**

Please take notice that the attached order has been lodged with the Court.

DATED February 16, 2023.

                    ***TERRY A. DAKE, LTD.***

                    By /s/ TD009656
                      Terry A. Dake
                      P.O. Box 26945
                      Phoenix, Arizona 85068-6945

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re: ) In Chapter 7 Proceedings
)
VALLEY HOSPICE OF ARIZONA, INC.) Case No. 2:21-BK-08392-PS
)
Debtor. )
_____ )

**ORDER SUSTAINING OBJECTION TO**
**CLAIM NO. 17**

This matter having come before the Court on the trustee's Objection To Claim No. 17 And Notice Of Bar Date For Objections (Admin. Dkt. No. 206); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 17 is sustained and Claim No. 17 is disallowed.

**DATED AND SIGNED ABOVE.**