*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF NO OBJECTION**

I, **TERRY A. DAKE**, do hereby certify that as indicated on the Certificate of Mailing on the **Objection To Claim No. 20 And Notice Of Bar Date** (Admin. Dkt. No. 207) that such notice was mailed to the creditor set forth therein.

I further certify that the objection bar date has passed and that no objections have been received by counsel for the trustee.

The trustee requests that the order submitted herewith be entered by the Court.

DATED February 16, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee