*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona  85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF LODGING ORDER**

      Please take notice that the attached order has been lodged with the Court.

      DATED February 16, 2023.

                      *TERRY A. DAKE, LTD.*

                      By /s/ TD009656
                        Terry A. Dake
                        P.O. Box 26945
                        Phoenix, Arizona 85068-6945

```
 1
 2
 3
 4
 5
 6
 7             IN THE UNITED STATES BANKRUPTCY COURT
 8                    FOR THE DISTRICT OF ARIZONA
```

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER SUSTAINING OBJECTION TO
CLAIM NO. 20**

This matter having come before the Court on the trustee's Objection To Claim No. 20 And Notice Of Bar Date For Objections (Admin. Dkt. No. 207); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 20 is sustained. Claim No. 20 is allowed as a general unsecured claim with no priority in the amount of $4,120.03.

**DATED AND SIGNED ABOVE.**