SIGNED.

Dated: February 17, 2023

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VALLEY HOSPICE OF ARIZONA, INC.<br><br>                Debtor. | In Chapter 7 Proceedings<br><br>Case No. 2:21-BK-08392-PS |

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 7**

This matter having come before the Court on the trustee's Objection To Claim No. 7 And Notice Of Bar Date For Objections (Admin. Dkt. No. 204); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 7 is sustained and Claim No. 7 is disallowed.

**DATED AND SIGNED ABOVE.**