SIGNED.

Dated: February 17, 2023

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 2:21-BK-08392-PS |
| Debtor. | |

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 17**

This matter having come before the Court on the trustee's Objection To Claim No. 17 And Notice Of Bar Date For Objections (Admin. Dkt. No. 206); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 17 is sustained and Claim No. 17 is disallowed.

**DATED AND SIGNED ABOVE.**