**SIGNED.**

**Dated: February 17, 2023**

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 20**

This matter having come before the Court on the trustee's Objection To Claim No. 20 And Notice Of Bar Date For Objections (Admin. Dkt. No. 207); and

It appearing that notice of the trustee's objection was duly given as appears from the certificate of mailing attached to the objection on file with the Court; and

There having been no response to the trustee's objection timely filed and served; and

The Court having reviewed the objection and finding that the relief requested is appropriate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the trustee's Objection To Claim No. 20 is sustained.  Claim No. 20 is allowed as a general unsecured claim with no priority in the amount of $4,120.03.

**DATED AND SIGNED ABOVE.**