*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF NO OBJECTION**

I, **TERRY A. DAKE**, do hereby certify that the Motion To Approve Compromise and the Notice Of Bar Date For Objections To Trustee's Motion were mailed to all creditors and interested parties (Admin. Dkt. Nos. 210, 211, 212).

I further certify that the objection bar date has passed and that no objections have been received by counsel for the trustee.

The trustee requests that the order submitted herewith be entered by the Court.

DATED February 28, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945
Attorney for Trustee