SIGNED.

Dated: February 28, 2023

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER GRANTING**
**MOTION TO APPROVE COMPROMISE**

This matter having come before the Court on the trustee's Motion To Approve Compromise (Admin. Dkt. No. 210); and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest as appears from the certificate of mailing filed with the Court (Admin. Dkt. Nos. 211, 212); and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the compromise and finding that the relief requested is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Compromise at Admin. Dkt. No. 210 shall be and the same is hereby approved.

**IT IS FURTHER ORDERED:**

1. The trustee is authorized to pay to Marcus John Lewis ("Lewis") and MJL Financial Group, LLC ("MJL" and together with Lewis collectively, the "Lewis Parties") thirty thousand dollars ($30,000.00) ("Settlement Sum") in full satisfaction of any and all claims of any kind or nature that the Lewis Parties may have, if any, against the real property commonly known as 3539 E. Presidio Circle, Mesa, AZ (the "Property"), against the sale proceeds of the Property, and against the bankruptcy estate, as well as any claims that they may have to set aside the judgment in Adversary Proceeding No. 2:22-ap-00243. The bankruptcy estate shall assert no further claims of any kind or nature to the Settlement Sum.

2. Payment of the Settlement Sum shall be made by the bankruptcy estate not later than fourteen (14) days after the entry of this Order. The check shall be payable jointly to Lewis and MJL and shall be mailed to counsel for Lewis and MJL whose name and address appears at the end of the Motion at Admin. Dkt. No. 210.

**DATED AND SIGNED ABOVE.**