*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

**NOTICE OF LODGING ORDER**

      Please take notice that the attached order has been lodged with the Court.

      DATED March 3, 2023.

                        *TERRY A. DAKE, LTD.*

                        By /s/ TD009656
                           Terry A. Dake
                           P.O. Box 26945
                           Phoenix, Arizona 85068-6945

```
 1
 2
 3
 4
 5
 6
 7             IN THE UNITED STATES BANKRUPTCY COURT
 8                   FOR THE DISTRICT OF ARIZONA
```

In re:                            )   In Chapter 7 Proceedings
                                  )
VALLEY HOSPICE OF ARIZONA, INC.)      Case No. 2:21-BK-08392-PS
                                  )
           Debtor.                )
_____)

**ORDER**

The trustee having filed at Admin. Dkt. No. 203 an objection to Claim No. 6 filed by Vicki Ann McLeod; and

Ms. McLeod having filed a response and Admin. Dkt. No. 213; and

Ms. McLeod having agreed to the entry of this order as evidenced by her approval appearing below; and

Good cause appearing.

**IT IS ORDERED** that Claim No. 6 shall be allowed as a priority wage claim pursuant to 11 U.S.C. §507(a)(4)(A) in the amount of $13,650.00. The remainder of the claim is disallowed.

**DATED AND SIGNED ABOVE.**

**APPROVED AND AGREED:**

*/s/ Vicki Ann McLeod*
Vicki Ann McLeod