# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re: ) In Chapter 7 Proceedings
)
VALLEY HOSPICE OF ARIZONA, INC.) Case No. 2:21-BK-08392-PS
)
Debtor. )
_____)

**ORDER**

The trustee having filed at Admin. Dkt. No. 203 an objection to Claim No. 6 filed by Vicki Ann McLeod; and

Ms. McLeod having filed a response and Admin. Dkt. No. 213; and

Ms. McLeod having agreed to the entry of this order as evidenced by her approval appearing below; and

Good cause appearing.

**IT IS ORDERED** that Claim No. 6 shall be allowed as a priority wage claim pursuant to 11 U.S.C. §507(a)(4)(A) in the amount of $13,650.00. The remainder of the claim is disallowed.

**DATED AND SIGNED ABOVE.**

**APPROVED AND AGREED:**

_/s/ Vicki Ann McLeod_
**Vicki Ann McLeod**