| | |
|---|---|
| 1 | ***TERRY A. DAKE, LTD.***<br>P.O. Box 26945 |
| 2 | Phoenix, Arizona  85068-6945<br>Telephone: (602) 710-1005 |
| 3 | tdake@cox.net |

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court shall conduct a hearing BY TELEPHONE on the Trustee's Objection To Claim No. 12 (Martin Rubin) (Admin. Dkt. No. 205) on April 4, 2023 at 11:00 a.m.

Parties shall appear telephonically by calling (833) 568-8864, ID 160 2682 4153, Pass Code 425399, several minutes before the hearing.

To make an appearance at this hearing, please use your full name when you join the hearing.

DATED March 6, 2023.

                              ***TERRY A. DAKE, LTD.***

                              By   /s/ TD009656
                                 Terry A. Dake
                                 P.O. Box 26945
                                 Phoenix, Arizona 85068-6945

COPY emailed & mailed March 6, 2023 to:

Martin Rubin
302 W. Crofton St.
Chandler, AZ 85225
drmhrubin@gmail.com

 /s/ TD009656

2