*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |
| _____ ) | |

### NOTICE OF LODGING ORDER

      Please take notice that the attached order has been lodged with the Court.

      DATED March 27, 2023.

                      *TERRY A. DAKE, LTD.*

                      By /s/ TD009656
                         Terry A. Dake
                         P.O. Box 26945
                         Phoenix, Arizona 85068-6945

COPY mailed March 27, 2023 to:

Martin Rubin
302 W. Crofton St.
Chandler, AZ 85225

   /s/ TD009656

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re: ) In Chapter 7 Proceedings
)
VALLEY HOSPICE OF ARIZONA, INC. ) Case No. 2:21-BK-08392-PS
)
Debtor. )
_____ )

**ORDER**

The trustee having filed at Admin. Dkt. No. 205 an objection to Claim No. 12 filed by Martin H. Rubin ("Rubin"); and

Rubin having filed a response at Admin. Dkt. No. 214; and

Rubin having agreed to the entry of this order as evidenced by his approval appearing below; and

Good cause appearing.

**IT IS ORDERED** that Claim No. 12 shall be allowed as a priority wage claim pursuant to 11 U.S.C. §507(a)(4)(A) in the amount of $13,650.00 and a general unsecured claim in the amount of $37,500.00.

**IT IS ORDERED** that the hearing scheduled for April 4, 2023 at 11:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**

APPROVED AND AGREED:

*/s/ Martin H. Rubin*
**Martin H. Rubin**