SIGNED.

Dated: March 27, 2023

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 2:21-BK-08392-PS |
| Debtor. | |

**ORDER**

The trustee having filed at Admin. Dkt. No. 205 an objection to Claim No. 12 filed by Martin H. Rubin ("Rubin"); and

Rubin having filed a response at Admin. Dkt. No. 214; and

Rubin having agreed to the entry of this order as evidenced by his approval appearing below; and

Good cause appearing.

**IT IS ORDERED** that Claim No. 12 shall be allowed as a priority wage claim pursuant to 11 U.S.C. §507(a)(4)(A) in the amount of $13,650.00 and a general unsecured claim in the amount of $37,500.00.

**IT IS ORDERED** that the hearing scheduled for April 4, 2023 at 11:00 a.m. is vacated.

**DATED AND SIGNED ABOVE.**

APPROVED AND AGREED:

**Martin H. Rubin**