*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | Case No. 2:21-BK-08392-PS |
| ) | |
| Debtor. ) | |
| _____) | |

## MOTION TO APPROVE PAYMENT
## OF WAGES AND RELATED TAXES

The trustee moves this Court for the entry of an order authorizing the trustee to pay the wage priority claims and related taxes. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED April 20, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake – 009656
    P.O. Box 26945
    Phoenix, Arizona 85068-6945

## MEMORANDUM OF POINTS AND AUTHORITIES

There are three wage priority claims in this case. They are:

| Claim No. | Claimant | Amount |
|---|---|---|
| 6 | Vicki McLeod | $13,650.00[1] |

---

[1] As per the order at Admin. Dkt. No. 231.

| | | |
|---|---|---|
| 12 | Martin H. Rubin | $13,650.00[2] |
| 15 | Jessie N. Hernandez | $2,496.00 |

The trustee has obtained W4 forms from each of the claimants to enable the trustee to calculate the appropriate tax withholdings and to file the necessary payroll tax returns. After required tax deductions and withholdings, the net payment due to each claimant is:

| **Claim No.** | **Claimant** | **Amount** |
|---|---|---|
| 6 | Vicki McLeod | $11,909.63 |
| 12 | Martin H. Rubin | $11,909.63 |
| 15 | Jessie N. Hernandez | $2,177.76 |

The difference between the gross claim and the net payment is the taxes that must be withheld and paid to the state and federal governments. In addition, the estate must match the social security and medicare payments for each claim. Altogether, the total amount to be paid by the estate for taxes to the state and federal governments in addition to the net wage checks above is $6,078.40.

These are fourth priority wage claims pursuant to 11 U.S.C. §507(a)(4). As a result, they enjoy higher priority than all other claims in this case except for administrative expenses.

The estate has sufficient funds on hand to pay these claims. Since the estate cannot be closed until the tax returns required by these payments have been completed and filed, the trustee requests that the Court authorize the trustee to pay these priority wage claims and the related tax obligations to the state and federal government as set forth herein.

---

[2] As per the order at Admin. Dkt. No. 234.

**WHEREFORE**, the trustee prays for the entry of an order authorizing the trustee to pay the priority wage claims and related taxes as set forth herein.

DATED April 20, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945

3