1  *TERRY A. DAKE, LTD.*
   P.O. Box 26945
2  Phoenix, Arizona  85068-6945
   Telephone: (602) 710-1005
3  tdake@cox.net

4  **Terry A. Dake - 009656**

5  Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF BAR DATE FOR OBJECTIONS TO TRUSTEE'S MOTION

**PLEASE TAKE NOTICE** that the trustee has filed the attached motion with the Court. Your rights may be affected by this motion.

You should read these papers carefully, and discuss them with your attorney if you have one.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **May 22, 2023** you or your attorney must file with the Court a written response setting forth your concerns and requesting a hearing on the trustee's motion.  Your response must be filed with the Court at:

> **Clerk Of The Court**
> **United States Bankruptcy Court**
> **230 N. First Ave.**
> **Ste. 101**
> **Phoenix, Arizona 85003-1706**

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

>Terry A. Dake, Esq.
>***TERRY A. DAKE, LTD.***
>P.O. Box 26945
>Phoenix, Arizona 85068-6945
>tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice or hearing.

DATED April 20, 2023.

>***TERRY A. DAKE, LTD.***
>
>By /s/ TD009656
>  Terry A. Dake
>  P.O. Box 26945
>  Phoenix, Arizona  85068-6945
>  Attorney for Trustee

---

[1] E-mailed papers must be in pdf format.

2

```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC.) | | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
|  | ) | |

**MOTION TO APPROVE PAYMENT**
**OF WAGES AND RELATED TAXES**

The trustee moves this Court for the entry of an order authorizing the trustee to pay the wage priority claims and related taxes. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED April 20, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
  Terry A. Dake – 009656
  P.O. Box 26945
  Phoenix, Arizona 85068-6945

**MEMORANDUM OF POINTS AND AUTHORITIES**

There are three wage priority claims in this case. They are:

| Claim No. | Claimant | Amount |
|---|---|---|
| 6 | Vicki McLeod | $13,650.00[1] |

---

[1] As per the order at Admin. Dkt. No. 231.

| | | |
|---|---|---|
| 12 | Martin H. Rubin | $13,650.00[2] |
| 15 | Jessie N. Hernandez | $2,496.00 |

The trustee has obtained W4 forms from each of the claimants to enable the trustee to calculate the appropriate tax withholdings and to file the necessary payroll tax returns. After required tax deductions and withholdings, the net payment due to each claimant is:

| **Claim No.** | **Claimant** | **Amount** |
|---|---|---|
| 6 | Vicki McLeod | $11,909.63 |
| 12 | Martin H. Rubin | $11,909.63 |
| 15 | Jessie N. Hernandez | $2,177.76 |

The difference between the gross claim and the net payment is the taxes that must be withheld and paid to the state and federal governments. In addition, the estate must match the social security and medicare payments for each claim. Altogether, the total amount to be paid by the estate for taxes to the state and federal governments in addition to the net wage checks above is $6,078.40.

These are fourth priority wage claims pursuant to 11 U.S.C. §507(a)(4). As a result, they enjoy higher priority than all other claims in this case except for administrative expenses.

The estate has sufficient funds on hand to pay these claims. Since the estate cannot be closed until the tax returns required by these payments have been completed and filed, the trustee requests that the Court authorize the trustee to pay these priority wage claims and the related tax obligations to the state and federal government as set forth herein.

---

[2] As per the order at Admin. Dkt. No. 234.

**WHEREFORE**, the trustee prays for the entry of an order authorizing the trustee to pay the priority wage claims and related taxes as set forth herein.

DATED April 20, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 26945
Phoenix, Arizona 85068-6945

3