*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 2:21-BK-08392-PS |
| Debtor. | |

**APPLICATION TO RETAIN**
**ACCOUNTANT FOR THE TRUSTEE**

The trustee applies hereby to retain Keegan Linscott & Associates, PC ("KLA") as accountants for the trustee, saying as follows:

1. A petition for relief under Subchapter V of the Bankruptcy Code was filed by the debtor. The case has converted to Chapter 7 and is pending under Chapter 7.

2. The trustee wishes to employ KLA as accountants for the estate to assist in the preparation of certain tax returns for the bankruptcy estate.

3. The trustee believes that KLA is qualified to provide the accounting services required by the estate.

4. The hourly rates for the services of KLA are:

    Christopher G. Linscott $xxx

    Staff $xxx-$xxx

5. The trustee is informed and believes that KLA represents no interest adverse to the debtor, the trustee or the estate in matters upon which KLA is to be employed by the trustee and believes that the employment of KLA would be in the best interests of the estate.

**WHEREFORE**, the trustee prays that KLA be ordered retained as accountants for the trustee in this proceeding.

DATED April 24, 2023.

                ***TERRY A. DAKE, LTD.***

                By /s/ TD009656
                  Terry A. Dake
                  P.O. Box 26945
                  Phoenix, Arizona 85068-6945
                  Attorney for Trustee