*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 2:21-BK-08392-PS |
| Debtor. | |

**DECLARATION OF**
**ACCOUNTANT FOR THE TRUSTEE**

Christopher G. Linscott declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am a licensed certified public accountant admitted to practice in the State of Arizona. I am employed by the accounting firm of Keegan Linscott & Associates, P.C. ("KLA")

2. An Application To Retain Accountant For The Trustee requesting that the Court authorize the appointment KLA as accountants for the trustee is being filed in this case.

3. KLA represents no interest adverse to the debtor, the trustee or the estate in the matters upon which KLA is to be employed by the trustee.

4. The current hourly rates for the services of KLA are:
   Christopher G. Linscott $375.00
   Staff $95.00 - $375.00

5.  KLA will represent no interest other than that of the estate in the administration of this bankruptcy proceeding.

6.  I declare under penalty of perjury that the foregoing is true and correct.

_____
Christopher G. Linscott