| | |
|---|---|
| 1 | ***TERRY A. DAKE, LTD.***<br>**P.O. Box 26945** |
| 2 | **Phoenix, Arizona 85068-6945**<br>**Telephone: (602) 710-1005** |
| 3 | **tdake@cox.net** |
| 4 | **Terry A. Dake - 009656** |
| 5 | Attorney for Trustee |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF LODGING ORDER**

      Please take notice that the attached order has been lodged with the Court.

      DATED April 24, 2023.

                      ***TERRY A. DAKE, LTD.***

                      By /s/ TD009656
                        Terry A. Dake
                        P.O. Box 26945
                        Phoenix, Arizona 85068-6945

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: ) In Chapter 7 Proceedings
)
VALLEY HOSPICE OF ARIZONA, INC.) Case No. 2:21-BK-08392-PS
)
                      Debtor. )
_____)

**ORDER AUTHORIZING RETENTION
OF ACCOUNTANT FOR THE TRUSTEE**

An Application To Retain Accountant For The Trustee having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing Keegan Linscott & Associates, P.C. as accountants for the Chapter 7 trustee.

**IT IS FURTHER ORDERED** that no payment of fees or costs shall be made except upon application and further order of the Court.

**DATED AND SIGNED ABOVE.**