SIGNED.

Dated: April 25, 2023

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. ) | Case No. 2:21-BK-08392-PS |
| Debtor. ) | |

**ORDER AUTHORIZING RETENTION**
**OF ACCOUNTANT FOR THE TRUSTEE**

An Application To Retain Accountant For The Trustee having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing Keegan Linscott & Associates, P.C. as accountants for the Chapter 7 trustee.

**IT IS FURTHER ORDERED** that no payment of fees or costs shall be made except upon application and further order of the Court.

**DATED AND SIGNED ABOVE.**