*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| VALLEY HOSPICE OF ARIZONA, INC. | Case No. 2:21-BK-08392-PS |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION**

I, **TERRY A. DAKE**, do hereby certify that the Motion To Approve Payment Of Wages And Related Taxes and the Notice Of Bar Date For Objections To Trustee's Motion were mailed to all creditors and interested parties (Admin. Docket Nos. 236, 237, 238).

I further certify that the objection bar date has passed and that no objections have been received by counsel for the trustee.

The trustee requests that the order submitted herewith be entered by the Court.

DATED May 23, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   P.O. Box 26945
   Phoenix, Arizona 85068-6945
   Attorney for Trustee