```
 1  TERRY A. DAKE, LTD.
    P.O. Box 26945
 2  Phoenix, Arizona  85068-6945
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| Debtor. | ) | |

## NOTICE OF LODGING ORDER

Please take notice that the attached order has been lodged with the Court.

DATED May 23, 2023.

                                   *TERRY A. DAKE, LTD.*

                                   By /s/ TD009656
                                      Terry A. Dake
                                      P.O. Box 26945
                                      Phoenix, Arizona 85068-6945

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on the trustee's Motion To Approve Payment Of Wages And Related Taxes (Admin. Dkt. No. 236); and

It appearing that notice of the trustee's motion was duly given to creditors and parties in interest as appears from the certificate of mailing filed with the Court (Admin. Dkt. Nos. 237, 238); and

There having been no objections to the trustee's motion timely filed and served; and

The Court having reviewed the motion and finding that the relief requested is a reasonable exercise of the trustee's business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Motion To Approve Payment Of Wages And Related Taxes at Admin. Dkt. No. 236 shall be and the same is hereby approved.

**IT IS FURTHER ORDERED** that the trustee is authorized to pay the following wage claims in the amounts indicated:

| **Claim No.** | **Claimant** | **Amount** |
|---|---|---|
| 6 | Vicki McLeod | $11,909.63 |
| 12 | Martin H. Rubin | $11,909.63 |
| 15 | Jessie N. Hernandez | $2,177.76 |

**IT IS FURTHER ORDERED** that the trustee is authorized to pay the withholdings and other taxes related to these wage payments to the appropriate taxing authorities. The total amount to be paid by the estate for taxes to the state and federal governments in addition to the net wage checks above is $6,078.40.

**DATED AND SIGNED ABOVE.**