***TERRY A. DAKE, LTD.***
**P.O. Box 26945**
**Phoenix, Arizona  85068-6945**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| VALLEY HOSPICE OF ARIZONA, INC. | ) | Case No. 2:21-BK-08392-PS |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ACCOUNTANT'S FEES AND REQUEST TO NOTICE WITH TRUSTEE'S FINAL REPORT**

The trustee submits this First And Final Application For Allowance And Payment Of Accountant's Fees.  In support of the Application, the trustee says:

1. The debtor filed a case under Subchapter V.  The case converted to Chapter 7 and is pending under Chapter 7.

2. On April 25, 2023 the court signed an order authorizing the employment of Keegan Linscott & Associates, PC ("KLA") as accountants for the trustee to provide tax preparation services to the estate.  Admin. Dkt. Nos.  239, 243.

3. Pursuant to 11 U.S.C. §330(a), KLA requests compensation in the amount of $12,653.50.

4. In support of the requested compensation, KLA submits the billing statement which is attached hereto.  The amount requested includes a flat fee of $2,500.00 to prepare the final tax return for the estate.  That work has not been included in the time entries

attached to this application.  All other tax returns required by the estate have been completed and filed.

5. The total award sought (both compensation and expenses) is $12,653.50.

6. This is KLA's first and final fee application in this case. KLA has not previously sought interim fees in this case.

7. The trustee believes that payment can be made to KLA without prejudice to any claims of equal or higher priority. The trustee proposes to pay the allowed amount along with the trustee's final distribution of the estate.

**WHEREFORE**, applicant requests that this application be noticed to all creditors along with the trustee's final report and that KLA be awarded and paid a final fee pursuant to 11 U.S.C. §330 in the amount of $12,653.50.

DATED August 8, 2023.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake – 009656
   P.O. Box 26945
   Phoenix, Arizona 85068-6945
   Attorney for Trustee

**Valley Hospice**

| Staff | Date | Memo | Hours | Rate | Amount | Service Code |
|---|---|---|---|---|---|---|
| L.Carrera | 4/25/2023 | create QB, begin entering 2021 entries | 1.50 | $ 95.00 | $ 142.50 | Data entry & accounting |
| L.Carrera | 4/27/2023 | work on entering bank activity for 2021 into QB | 4.00 | $ 95.00 | $ 380.00 | Data entry & accounting |
| L.Carrera | 4/28/2023 | enter 2021 bank activity for several accounts | 3.90 | $ 95.00 | $ 370.50 | Data entry & accounting |
| C.Linscott | 5/4/2023 | Review 2021 bank activity with Laura | 0.50 | $ 375.00 | $ 187.50 | Accounting/Auditing |
| C.Linscott | 5/16/2023 | Work on books for 2021 and 2022 | 0.40 | $ 375.00 | $ 150.00 | Accounting/Auditing |
| C.Linscott | 5/17/2023 | Work on 2021 and 2022 accounting and financial reports | 1.50 | $ 375.00 | $ 562.50 | Accounting/Auditing |
| C.Linscott | 5/18/2023 | Work on 2021 and 2022 books, emails on questions with Terry et al, meet with Laura on journal entries | 2.50 | $ 375.00 | $ 937.50 | Accounting/Auditing |
| C.Linscott (24) | 4/24/2023 | Review of tax return and initial documents provided | 0.40 | $ 375.00 | 150.00 | Tax |
| C.Linscott | 4/25/2023 | Review bank statements, case filings, other documents provided and needed to prepare 2021, 2022 and 2023 accounting | 1.40 | $ 375.00 | 525.00 | Tax |
| C.Linscott | 5/19/2023 | Work on accounting edits for 2021 and 2022 based on Terry's email | 0.20 | $ 375.00 | $ 75.00 | Accounting/Auditing |
| C.Linscott | 5/23/2023 | Finalize 2021 and 2022 financial statements | 0.20 | $ 375.00 | $ 75.00 | Accounting/Auditing |
| C.Linscott | 5/24/2023 | Work on final packet for tax on 2021 and 2022 financials | 0.50 | $ 375.00 | $ 187.50 | Accounting/Auditing |
| L.Carrera | 5/3/2023 | Work on 2021 BMO statement entries and checks | 3.50 | $ 95.00 | $ 332.50 | Accounting/Auditing |
| L.Carrera | 5/4/2023 | Enter banking info for 2021 (xx2862) | 4.80 | $ 95.00 | $ 456.00 | Accounting/Auditing |
| L.Carrera | 5/5/2023 | Enter 2021 activity for 8015 and 2651, check GL for errors, recode as necessary, print GL for Chris. | 4.00 | $ 95.00 | $ 380.00 | Accounting/Auditing |
| L.Carrera | 5/10/2023 | Enter 2023 transactions into QB | 0.80 | $ 95.00 | $ 76.00 | Accounting/Auditing |
| L.Carrera | 5/16/2023 | Enter beginning balances for balance sheet, print reports for Chris to review | 0.30 | $ 95.00 | $ 28.50 | Accounting/Auditing |
| L.Carrera | 5/18/2023 | Changes to account transactions, provide Chris with new detailed transaction reports. | 0.20 | $ 95.00 | $ 19.00 | Accounting/Auditing |
| L.Carrera | 5/18/2023 | Review account transactions with Chris and make edits to account transfers and deposits. | 1.00 | $ 95.00 | $ 95.00 | Accounting/Auditing |
| L.Carrera | 5/23/2023 | Reclassify transactions per CL, print new reports | 0.50 | $ 95.00 | $ 47.50 | Accounting/Auditing |
| J.MacIntire | 5/24/2023 | 2021 1231 Form 1120S | 0.20 | $ 55.00 | $ 11.00 | Tax |
| J.MacIntire | 5/24/2023 | 2022 1231 Form 1120S | 0.10 | $ 55.00 | $ 5.50 | Tax |
| C.Linscott | 6/6/2023 | Work with Kara on wage payments and related reporting | 0.40 | $ 375.00 | $ 150.00 | Claims Administration |
| C.Linscott | 6/6/2023 | Work on May fee application information | 0.20 | $ 375.00 | $ 75.00 | Fee application |
| B.Selke | 6/6/2023 | Review payroll tax returns and discuss with Chris | 0.30 | $ 200.00 | $ 60.00 | Tax |
| B.Selke | 7/20/2023 | E-file 2021 1231 Form 1120S | 0.20 | $ 250.00 | $ 50.00 | Tax |
| B.Selke | 8/1/2023 | E-file 2022 1231 Form 1120S | 0.20 | $ 250.00 | $ 50.00 | Tax |
| C.Keegan | 7/19/2023 | Review 2021 1231 Form 1120S | 2.00 | $ 375.00 | $ 750.00 | Tax |
| C.Keegan | 7/24/2023 | Review 2021 1231 Form 1120S | 0.50 | $ 375.00 | $ 187.50 | Tax |
| C.Keegan | 8/1/2023 | Review return and discuss questions from review with Chris. | 1.30 | $ 375.00 | $ 487.50 | Tax |
| C.Keegan | 8/2/2023 | Review 2022 1231 Form 1120S | 0.50 | $ 375.00 | $ 187.50 | Tax |
| C.Linscott | 7/17/2023 | Meet with Eleise on questions regarding sales and property contribution | 0.40 | $ 375.00 | $ 150.00 | Tax |
| C.Linscott | 7/19/2023 | Meet with Carla on 2021 open tax items | 0.20 | $ 375.00 | $ 75.00 | Tax |
| D.Sprague | 7/21/2023 | Assemble 2021 1231 Form 1120S | 0.30 | $ 55.00 | $ 16.50 | Tax |

| Valley Hospice | | | | | | |
|---|---|---|---|---|---|---|
| **Staff** | **Date** | **Memo** | **Hours** | **Rate** | **Amount** | **Service Code** |
| D.Sprague | 7/25/2023 | Assemble 2021 1231 Form 1120S | 0.20 | $ 55.00 | $ 11.00 | Tax |
| D.Sprague | 8/1/2023 | Assemble 2022 1231 Form 1120S | 0.30 | $ 55.00 | $ 16.50 | Tax |
| D.Sprague | 8/2/2023 | Assemble 2022 1231 Form 1120S | 0.20 | $ 55.00 | $ 11.00 | Tax |
| E.Brown | 7/13/2023 | Prepare 2021 1231 Form 1120S | 2.50 | $ 125.00 | $ 312.50 | Tax |
| E.Brown | 7/14/2023 | Prepare 2021 1231 Form 1120S | 4.20 | $ 125.00 | $ 525.00 | Tax |
| E.Brown | 7/17/2023 | Prepare 2021 1231 Form 1120S | 4.00 | $ 125.00 | $ 500.00 | Tax |
| E.Brown | 7/19/2023 | clear review notes on 2021 returns | 0.50 | $ 125.00 | $ 62.50 | Tax |
| E.Brown | 7/24/2023 | Prepare 2022 1231 Form 1120S | 7.50 | $ 125.00 | $ 937.50 | Tax |
| E.Brown | 7/25/2023 | Prepare 2022 1231 Form 1120S | 2.30 | $ 125.00 | $ 287.50 | Tax |
| L.Carrera | 7/14/2023 | Read email from Eleise, research and retrieve backup for sale of assets | 0.60 | $ 95.00 | $ 57.00 | Accounting & Auditing |
| | | | 61.20 | | $ 10,153.50 | |