UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: § Case No. 2:21-BK-08392
§
VALLEY HOSPICE OF ARIZONA, §
INC. §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  James Cross, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,306,250.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,438,295.49 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $308,615.31 | | |

  3) Total gross receipts of $1,746,910.80 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,746,910.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,144,547.73 | $2,162,584.45 | $1,112,584.45 | $1,112,584.45 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $253,583.82 | $253,583.82 | $253,583.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $72,965.49 | $55,031.49 | $55,031.49 |
| Priority Unsecured Claims (From **Exhibit 6**) | $100,629.13 | $443,482.90 | $437,062.70 | $295,711.04 |
| General Unsecured Claims (from **Exhibit 7**) | $2,528,724.24 | $3,251,931.39 | $3,022,559.46 | $30,000.00 |
| **Total Disbursements** | $3,773,901.10 | $6,184,548.05 | $4,880,821.92 | $1,746,910.80 |

4). This case was originally filed under chapter 11 on 11/12/2021. The case was converted to one under Chapter 7 on 01/20/2022. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/21/2023</u>    By: <u>  /s/ James Cross  </u>
                                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 3539 E. Presidio Circle, Mesa, AZ 85213 50% intere | 1110-000 | $1,661,000.00 |
| Post-Petition Rent | 1122-000 | $2,000.00 |
| 2018 Dodge Grand Caravan 2017 Nissan NV 3500 passe | 1129-000 | $83,872.55 |
| BMO Harris Bank Checking 2862 | 1129-000 | $38.25 |
| Void Refund - check returned | 1290-000 | $0.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,746,910.80** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Mewon Mccarthy Sp Trust | 4110-000 | $1,050,000.00 | $1,050,000.00 | $0.00 | $0.00 |
| | Mortgage | 4110-000 | $0.00 | $1,112,584.45 | $1,112,584.45 | $1,112,584.45 |
| | Enterprise Fleet Management | 4110-000 | $44,000.00 | $0.00 | $0.00 | $0.00 |
| | Newco Capital Group | 4110-000 | $50,547.73 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,144,547.73** | **$2,162,584.45** | **$1,112,584.45** | **$1,112,584.45** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Cross, Trustee | 2100-000 | NA | $75,657.32 | $75,657.32 | $75,657.32 |
| International Sureties, Ltd. | 2300-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| International Sureties, Ltd. | 2300-000 | NA | $1,699.00 | $1,699.00 | $1,699.00 |
| HOA Balance to 7/1 | 2500-000 | NA | $1,295.82 | $1,295.82 | $1,295.82 |
| Recording Fees - BK Order | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Axos Bank | 2600-000 | NA | $7,340.77 | $7,340.77 | $7,340.77 |
| County taxes 1/1/22 - | 2820-000 | NA | $5,697.23 | $5,697.23 | $5,697.23 |

| | | | | | |
|---|---|---|---|---|---|
| 6/17/22 | | | | | |
| Sale Proceeds - liquidation of | 2820-000 | NA | $1,276.28 | $1,276.28 | $1,276.28 |
| Terry A. Dake Ltd., Attorney for Trustee | 3210-000 | NA | $40,460.00 | $40,460.00 | $40,460.00 |
| Terry A. Dake, Ltd., Attorney for Trustee | 3220-000 | NA | $239.50 | $239.50 | $239.50 |
| Keegan Linscott & Associates, PC, Accountant for Trustee | 3310-000 | NA | $12,653.50 | $12,653.50 | $12,653.50 |
| Cunningham & Associates, Inc., Auctioneer for Trustee | 3610-000 | NA | $99,660.00 | $99,660.00 | $99,660.00 |
| Cunningham & Associates, Inc., Auctioneer for Trustee | 3620-000 | NA | $4,574.40 | $4,574.40 | $4,574.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$253,583.82** | **$253,583.82** | **$253,583.82** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Cross, Trustee | 6101-000 | NA | $18,285.00 | $18,285.00 | $18,285.00 |
| Thomas G. Luikens, PC, Attorney for Trustee/D-I-P | 6210-000 | NA | $31,434.00 | $13,500.00 | $13,500.00 |
| Thomas G. Luikens, PC, Attorney for Trustee/D-I-P | 6220-000 | NA | $369.89 | $369.89 | $369.89 |
| Susan Goodman, Other Professional | 6700-000 | NA | $22,687.50 | $22,687.50 | $22,687.50 |
| Susan Goodman, Other Professional | 6710-000 | NA | $189.10 | $189.10 | $189.10 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | **$72,965.49** | **$55,031.49** | **$55,031.49** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1w1 | United States Treasury | 5800-000 | $0.00 | $0.00 | $432.05 | $432.05 |
| 2 | Arizona Department Of Revenue | 5800-000 | $2,950.45 | $48,021.59 | $48,021.59 | $31,260.74 |
| 2w2 | United States | 5800-000 | $0.00 | $0.00 | $1,847.35 | $1,847.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Treasury | | | | | |
| 3w3 | United States Treasury | 5300-000 | $0.00 | $0.00 | $432.05 | $432.05 |
| 4w4 | United States Treasury | 5300-000 | $0.00 | $0.00 | $1,847.35 | $1,847.35 |
| 4 | Arizona Department Of Economic Secu | 5800-000 | $0.00 | $1,172.35 | $0.00 | $0.00 |
| 5 | Internal Revenue Service | 5800-000 | $12,584.09 | $356,965.71 | $356,965.71 | $232,374.90 |
| 6 | Vicki Mcleod | 5300-000 | $8,701.05 | $15,000.00 | $11,909.62 | $11,909.62 |
| 7 | Tina Marie Duran | 5300-000 | $2,987.56 | $6,177.25 | $0.00 | $0.00 |
| 12 | Martin Rubin, M.D. | 5300-000 | $2,250.00 | $13,650.00 | $11,909.62 | $11,909.62 |
| 15 | Jessie Hernandez | 5300-000 | $881.19 | $2,496.00 | $2,177.76 | $2,177.76 |
| | Arizona Department of Revenue | 5300-000 | $0.00 | $0.00 | $1,519.60 | $1,519.60 |
| | Arizona Department of Economic Security | 5800-000 | $1,168.40 | $0.00 | $0.00 | $0.00 |
| | Arizona Department of Revenue | 5800-000 | $2,740.90 | $0.00 | $0.00 | $0.00 |
| | Caroline Muringih | 5800-000 | $2,174.08 | $0.00 | $0.00 | $0.00 |
| | Daryl Moore | 5800-000 | $2,744.01 | $0.00 | $0.00 | $0.00 |
| | Henry Alino | 5800-000 | $5,457.63 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $954.47 | $0.00 | $0.00 | $0.00 |
| | Irene Jones | 5800-000 | $2,977.63 | $0.00 | $0.00 | $0.00 |
| | Isaac Johnson | 5800-000 | $5,810.88 | $0.00 | $0.00 | $0.00 |
| | Lucy Baaru | 5800-000 | $4,926.15 | $0.00 | $0.00 | $0.00 |
| | Marie Knasas | 5800-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| | Nancy Njoroge | 5800-000 | $6,590.55 | $0.00 | $0.00 | $0.00 |
| | Patrick Njunge | 5800-000 | $4,762.80 | $0.00 | $0.00 | $0.00 |
| | Patti Lewis | 5800-000 | $263.00 | $0.00 | $0.00 | $0.00 |
| | Phup Muturi | 5800-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| | Princesa Mba | 5800-000 | $3,917.31 | $0.00 | $0.00 | $0.00 |
| | Raymond Thomas | 5800-000 | $1,018.65 | $0.00 | $0.00 | $0.00 |
| | Sylvia Aluoch | 5800-000 | $6,108.33 | $0.00 | $0.00 | $0.00 |
| | Virginia Mwaura | 5800-000 | $8,160.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $100,629.13 | $443,482.90 | $437,062.70 | $295,711.04 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Blue Cross Blue Shield Of Arizona, | 7100-000 | $35,448.09 | $14,902.95 | $0.00 | $0.00 |
| 3 | Bryan Swan | 7100-000 | $0.00 | $4,462.00 | $4,462.00 | $0.00 |
| 8 | Euler Hermes N.A As Agent For Rgh E | 7100-000 | $0.00 | $16,970.58 | $16,970.58 | $0.00 |
| 10 | Aetna, Inc. | 7100-000 | $0.00 | $4,144.86 | $4,144.86 | $0.00 |
| 11 | Cellco Partnership D/B/A Verizon Wi | 7100-000 | $0.00 | $8,427.56 | $8,427.56 | $0.00 |
| 13 | Texas National Bank | 7100-000 | $203,125.00 | $206,096.00 | $206,096.00 | $0.00 |
| 14 | Korman, Llc | 7100-000 | $12,825.00 | $12,825.23 | $12,825.23 | $0.00 |
| 16 | Lvnv Funding, Llc | 7100-000 | $0.00 | $3,063.98 | $3,063.98 | $0.00 |
| 17 | Enterprise Fm Trust And Enterprise | 7100-000 | $0.00 | $22,840.90 | $0.00 | $0.00 |
| 18 | Op Pharmacy, Llc D/B/A Onepoint Pat | 7100-000 | $0.00 | $67,826.73 | $67,826.73 | $0.00 |
| 19 | Industrial Commission Of Arizona, I | 7100-000 | $5,000.00 | $6,179.09 | $6,179.09 | $0.00 |
| 20 | Bernastine M. Rice | 7100-000 | $0.00 | $4,120.03 | $4,120.03 | $0.00 |
| 21 | Mckesson Medical-Surgical Minnesota | 7100-000 | $84,156.22 | $80,445.20 | $80,445.20 | $0.00 |
| 22 | U.S. Department Of Health & Human S | 7100-000 | $0.00 | $2,249,293.84 | $2,249,293.84 | $0.00 |
| 23 | Iron Mountain Information Managemen | 7100-000 | $0.00 | $38.00 | $38.00 | $0.00 |
| 24 | International Shopping Center Inves | 7100-000 | $18,552.54 | $19,538.28 | $19,538.28 | $0.00 |
| 25 | Health Resources & Services Adminis | 7100-000 | $0.00 | $221,628.08 | $221,628.08 | $0.00 |
| 26 | Health Resources & Services Adminis | 7100-000 | $0.00 | $221,628.08 | $0.00 | $0.00 |
| 122 | Martin Rubin, M.D. | 7100-000 | $0.00 | $37,500.00 | $37,500.00 | $0.00 |
| 152 | Jessie Hernandez | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | Name | Code | Amount | | | |
|---|---|---|---|---|---|---|
|  | A Better Connection | 7100-000 | $2,631.36 | $0.00 | $0.00 | $0.00 |
|  | Ability Network, Inc. | 7100-000 | $15,972.36 | $0.00 | $0.00 | $0.00 |
|  | Benchmark Insurance Company | 7100-000 | $4,462.00 | $0.00 | $0.00 | $0.00 |
|  | Brightree | 7100-000 | $106,000.00 | $0.00 | $0.00 | $0.00 |
|  | Celtic Bank Corporation | 7100-000 | $350,000.00 | $0.00 | $0.00 | $0.00 |
|  | Community Health Accreditation Program | 7100-000 | $11,066.00 | $0.00 | $0.00 | $0.00 |
|  | Cox Business | 7100-000 | $1,866.28 | $0.00 | $0.00 | $0.00 |
|  | DS Services of America, Inc. | 7100-000 | $407.28 | $0.00 | $0.00 | $0.00 |
|  | Extra Space Storage | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
|  | Industrial Commission of Arizona | 7100-000 | $576.00 | $0.00 | $0.00 | $0.00 |
|  | Industrial Commission of Arizona | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Industrial Commission of Arizona | 7100-000 | $290.00 | $0.00 | $0.00 | $0.00 |
|  | Marcus John Lewis | 7100-000 | $0.00 | $0.00 | $30,000.00 | $30,000.00 |
|  | Matheson Tri-Gas, Inc. | 7100-000 | $22,548.15 | $0.00 | $0.00 | $0.00 |
|  | McKesson Medical Surgical, Inc. | 7100-000 | $24,693.79 | $0.00 | $0.00 | $0.00 |
|  | Medlift Inc. | 7100-000 | $2,657.10 | $0.00 | $0.00 | $0.00 |
|  | Mercy Care | 7100-000 | $2,354.57 | $0.00 | $0.00 | $0.00 |
|  | National Government Services, Inc. | 7100-000 | $61,357.92 | $0.00 | $0.00 | $0.00 |
|  | National Government Services, Inc. | 7100-000 | $225,408.43 | $0.00 | $0.00 | $0.00 |
|  | National Government Services, Inc. | 7100-000 | $40,897.69 | $0.00 | $0.00 | $0.00 |
|  | National Government Services, Inc. | 7100-000 | $11,988.66 | $0.00 | $0.00 | $0.00 |
|  | National | 7100-000 | $35,338.76 | $0.00 | $0.00 | $0.00 |

|  | | | | | |
|---|---|---:|---:|---:|---:|
| | Government Services, Inc. | | | | |
| | One Point Patient Care | 7100-000 | $67,826.73 | $0.00 | $0.00 | $0.00 |
| | Progressive Commercial | 7100-000 | $17,918.80 | $0.00 | $0.00 | $0.00 |
| | Rapid Ray, LLC | 7100-000 | $950.20 | $0.00 | $0.00 | $0.00 |
| | SHB, LLC | 7100-000 | $37,500.00 | $0.00 | $0.00 | $0.00 |
| | Shred It | 7100-000 | $426.86 | $0.00 | $0.00 | $0.00 |
| | Signius Communications | 7100-000 | $1,857.53 | $0.00 | $0.00 | $0.00 |
| | SRP | 7100-000 | $1,354.10 | $0.00 | $0.00 | $0.00 |
| | SRP | 7100-000 | $260.59 | $0.00 | $0.00 | $0.00 |
| | SRP | 7100-000 | $842.17 | $0.00 | $0.00 | $0.00 |
| | U.S. Department of Treasury | 7100-000 | $984,990.12 | $0.00 | $0.00 | $0.00 |
| | U.S. Department of Treasury | 7100-000 | $253.56 | $0.00 | $0.00 | $0.00 |
| | U.S. Department of Treasury | 7100-000 | $80,790.00 | $0.00 | $0.00 | $0.00 |
| | U.S. Department of Treasury | 7100-000 | $11,991.63 | $0.00 | $0.00 | $0.00 |
| | U.S. Department of Treasury | 7100-000 | $2,707.00 | $0.00 | $0.00 | $0.00 |
| | United Financial Casualty Company | 7100-000 | $972.55 | $0.00 | $0.00 | $0.00 |
| | Verizon Wireless Bankruptcy Admin | 7100-000 | $6,115.22 | $0.00 | $0.00 | $0.00 |
| | W A M Surprise Limited Partnership | 7100-000 | $28,000.00 | $0.00 | $0.00 | $0.00 |
| | Wex Bank / LVNV Funding, LLC | 7100-000 | $3,063.98 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,528,724.24 | $3,251,931.39 | $3,022,559.46 | $30,000.00 |

| Case No.: | 21-08392-PS | Trustee Name: | James Cross |
|---|---|---|---|
| Case Name: | VALLEY HOSPICE OF ARIZONA, INC. | Date Filed (f) or Converted (c): | 01/20/2022 (c) |
| For the Period Ending: | 12/21/2023 | §341(a) Meeting Date: | 12/14/2021 |
| | | Claims Bar Date: | 01/21/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BMO Harris Bank Checking 2862 | $0.00 | $38.25 | | $38.25 | FA |
| **Asset Notes:** | The bank sent a refund for an overcharge on the account. | | | | | |
| 2 | Remainder of three of six months interest prepaid | $26,250.00 | $0.00 | | $0.00 | FA |
| 3 | 90 days old or less: 440,000.00 - 0.00 = | $440,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | 8 desks, 32 chairs, 1 refrigerator, 1 water dispen | $30,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Order at dkt 146. | | | | | |
| 5 | Office logo signage $0.00 | $12,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Order at dkt 146. | | | | | |
| 6 | 4 desktop computers, 1 printer, 1 security monitor | $48,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned per Order at dkt 146. | | | | | |
| 7 | 2018 Dodge Grand Caravan 2017 Nissan NV 3500 passe | $44,000.00 | $83,872.55 | | $83,872.55 | FA |
| **Asset Notes:** | These were five leased vehicles belonging to Enterprise; per Order at dkt 121, temrinated lease, Enterprise recovered leased vehicles and sold them, and they returned the equity to the estate. | | | | | |
| 8 | 3539 E. Presidio Circle, Mesa, AZ 85213 50% intere | $750,000.00 | $611,000.00 | | $1,661,000.00 | FA |
| **Asset Notes:** | This property was sold by the Trustee; secured lender paid in full; remainign proceeds held by Trustee pending distributions. | | | | | |
| 9 | 1350 E. McKellips Road Mesa, AZ 85203 Tenancy inte | $0.00 | $0.00 | OA | $0.00 | FA |
| 10 | Www.valleyhospiceaz.com (proweaver.com) $1,800.00 | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 | Claim for recovery of voidable transfer (11 USC 54 (u) | $750,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Trustee filed Adv. Complaint against Marcus Lewis and his company MJL for this voidable transfer; obtained Default Judgment on 12/15/22; a compromise was made with Mr. Lewis and his company for $30k to be paid to him for his interest in property and his release of any and all claims; Judgment was set aside and Compromise was approved by Order dated 2/28/23 at dkt. 229. | | | | | |
| 12 | Void Refund - check returned | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | This refund came in from WEX, Inc, just a check, no other information given. The check bounced and company never responded. | | | | | |
| 13 | Post-Petition Rent (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| **Asset Notes:** | Post-petition rent paid by Christine Lewis on the Presidio property; Trustee filed Motion to Compel Turnover of Funds from her former attorney's trust account; Order granting turover | | | | | |

| Case No.: | 21-08392-PS | Trustee Name: | James Cross |
|---|---|---|---|
| Case Name: | VALLEY HOSPICE OF ARIZONA, INC. | Date Filed (f) or Converted (c): | 01/20/2022 (c) |
| For the Period Ending: | 12/21/2023 | §341(a) Meeting Date: | 12/14/2021 |
| | | Claims Bar Date: | 01/21/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| entered at dkt 192 | | | | | |

**TOTALS (Excluding unknown value)**  
$2,100,250.00    $696,910.80    $1,746,910.80    **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

RE PROP # 1 -- The bank sent a refund for an overcharge on the account.

RE PROP # 4 -- Abandoned per Order at dkt 146.

RE PROP # 5 -- Abandoned per Order at dkt 146.

RE PROP # 6 -- Abandoned per Order at dkt 146.

RE PROP # 7 -- These were five leased vehicles belonging to Enterprise; per Order at dkt 121, temrinated lease, Enterprise recovered leased vehicles and sold them, and they returned the equity to the estate.

RE PROP # 8 -- This property was sold by the Trustee; secured lender paid in full; remainign proceeds held by Trustee pending distributions.

RE PROP # 11 -- Trustee filed Adv. Complaint against Marcus Lewis and his company MJL for this voidable transfer; obtained Default Judgment on 12/15/22; a compromise was made with Mr. Lewis and his company for $30k to be paid to him for his interest in property and his release of any and all claims; Judgment was set aside and Compromise was approved by Order dated 2/28/23 at dkt. 229.

RE PROP # 12 -- This refund came in from WEX, Inc, just a check, no other information given. The check bounced and company never responded.

RE PROP # 13 -- Post-petition rent paid by Christine Lewis on the Presidio property; Trustee filed Motion to Compel Turnover of Funds from her former attorney's trust account; Order granting turover entered at dkt 192

| Initial Projected Date Of Final Report (TFR): | 09/30/2022 | Current Projected Date Of Final Report (TFR): | 10/31/2023 | /s/ JAMES CROSS |
|---|---|---|---|---|
| | | | | JAMES CROSS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 21-08392-PS | |
| **Case Name:** | VALLEY HOSPICE OF ARIZONA, INC. | |
| **Primary Taxpayer ID #:** | **-***7408 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/12/2021 | |
| **For Period Ending:** | 12/21/2023 | |

| | |
|---|---|
| **Trustee Name:** | James Cross |
| **Bank Name:** | Axos Bank |
| **Checking Acct #:** | ******0061 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/09/2022 | ( 12) | WEX, Inc. | Refund - no other explanation given just a check received indicating is a refund - will research | 1290-000 | $3,000.00 | | $3,000.00 |
| 03/16/2022 | ( 12) | WEX, Inc. | Refund - no other explanation given Reversal Check bounced | 1290-000 | ($3,000.00) | | $0.00 |
| 04/05/2022 | ( 1) | BMO Harris Bank | Bank refund The bank sent a refund for an overcharge on the account. | 1129-000 | $38.25 | | $38.25 |
| 07/01/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $198.21 | ($159.96) |
| 07/06/2022 | | Pioneer Title Agency | Sale Proceeds - liquidation of property | * | $539,613.32 | | $539,453.36 |
| | { 8} | | 3539 E. Presidio Circle, Mesa, AZ 85213    $1,661,000.00   50% interest, Lot 6, MONTANA DORADO, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 567 or Maps, Page 24. Joint tenancy with right of survivorship | 1110-000 | | | $539,453.36 |
| | | | Recording Fees - BK Order    $(30.00) | 2500-000 | | | $539,453.36 |
| | | | HOA Balance to 7/1    $(1,295.82) | 2500-000 | | | $539,453.36 |
| | | | County taxes 1/1/22 - 6/17/22    $(5,697.23) | 2820-000 | | | $539,453.36 |
| | | | Sale Proceeds - liquidation of    $(1,276.28) | 2820-000 | | | $539,453.36 |
| | | | Mortgage    $(1,113,087.35) | 4110-000 | | | $539,453.36 |
| 07/06/2022 | ( 7) | Enterprise FM Trust | Sale Proceeds - liquidation of property Per Order at dkt. 121 - Stip for Term of Lease; Enterprise recovered vehicles and sold them, and returned equity to estate. | 1129-000 | $83,872.55 | | $623,325.91 |
| 07/06/2022 | 1001 | Cunningham & Associates, Inc. | Auctioneer commission and costs Per Order at dkt 185 to pay auctioneer commission and costs | 3610-000 | | $99,660.00 | $523,665.91 |
| 07/06/2022 | 1001 | Cunningham & Associates, Inc. | Auctioneer commission and costs Reversal Combined into one check - redo. | 3610-000 | | ($99,660.00) | $623,325.91 |
| 07/06/2022 | 1002 | Cunningham & Associates, Inc. | Auctioneer commission and costs Per Order at dkt 185 to pay Auctioneer commissions and costs | 3620-000 | | $4,574.40 | $618,751.51 |
| | | | **SUBTOTALS** | | **$623,524.12** | **$4,772.61** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-08392-PS | Trustee Name: | James Cross |
| --- | --- | --- | --- |
| Case Name: | VALLEY HOSPICE OF ARIZONA, INC. | Bank Name: | Axos Bank |
| Primary Taxpayer ID #: | **-***7408 | Checking Acct #: | ******0061 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/12/2021 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 12/21/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2022 | 1002 | Cunningham & Associates, Inc. | Auctioneer commission and costs Reversal Combined into one check - this one not needed. | 3620-000 | | ($4,574.40) | $623,325.91 |
| 07/06/2022 | 1003 | Cunningham & Associates, Inc. | Auctioneer commission and costs Per Order at dkt 185 to pay auctioneer commission and costs | * | | $104,234.40 | $519,091.51 |
| | | | Cunningham & Associates, Inc.        $(99,660.00) | 3610-000 | | | $519,091.51 |
| | | | Cunningham & Associates, Inc.        $(4,574.40) | 3620-000 | | | $519,091.51 |
| 07/12/2022 | | Pioneer Title Agency | Sale Proceeds - liquidation of property return of overpayment on mortgage from sale proceeds | * | | ($502.90) | $519,594.41 |
| | | | Mortgage        $502.00 | 4110-000 | | | $519,594.41 |
| | | | Mortgage        $0.90 | 4110-000 | | | $519,594.41 |
| 07/22/2022 | 1004 | International Sureties, Ltd. | Bond payment Bond Rider on Bond #016234809 - to increase bond amount | 2300-000 | | $1,699.00 | $517,895.41 |
| 08/01/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $644.14 | $517,251.27 |
| 08/09/2022 | ( 13) | Christine Lewis | Post-petition rent Pursuant to Order at dkt 192 | 1122-000 | $2,000.00 | | $519,251.27 |
| 09/01/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $572.80 | $518,678.47 |
| 10/03/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $554.20 | $518,124.27 |
| 11/01/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $572.11 | $517,552.16 |
| 12/01/2022 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $553.00 | $516,999.16 |
| 12/30/2022 | 1005 | International Sureties, Ltd. | Bond Renewal Bond #016234809 renewal for 1/20/23 - 1/20/24 | 2300-000 | | $3,000.00 | $513,999.16 |
| 01/03/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $570.82 | $513,428.34 |
| 02/01/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $567.24 | $512,861.10 |
| | | | | SUBTOTALS | $2,000.00 | $107,890.41 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-08392-PS | Trustee Name: | James Cross |
|---|---|---|---|
| Case Name: | VALLEY HOSPICE OF ARIZONA, INC. | Bank Name: | Axos Bank |
| Primary Taxpayer ID #: | **-***7408 | Checking Acct #: | ******0061 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/12/2021 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 12/21/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/01/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $511.46 | $512,349.64 |
| 03/01/2023 | 1006 | Marcus John Lewis | Settlement in Adversary Per Order Approving Compromise at dkt. 229 in Adv 22-ap-00243 | 7100-000 | | $30,000.00 | $482,349.64 |
| 04/03/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $547.53 | $481,802.11 |
| 05/01/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $514.84 | $481,287.27 |
| 06/01/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $531.39 | $480,755.88 |
| 06/07/2023 | 1007 | Vicki Mcleod | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $11,909.62 | $468,846.26 |
| 06/07/2023 | 1008 | Martin Rubin, M.D. | Final distribution to claim 12 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $11,909.62 | $456,936.64 |
| 06/07/2023 | 1009 | Jessie Hernandez | Final distribution to claim 15 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $2,177.76 | $454,758.88 |
| 06/07/2023 | 1010 | United States Treasury | Distribution | 5300-000 | | $432.05 | $454,326.83 |
| 06/07/2023 | 1011 | United States Treasury | Distribution | 5300-000 | | $1,847.35 | $452,479.48 |
| 06/07/2023 | 1012 | Arizona Department of Revenue | Distribution | 5300-000 | | $1,519.60 | $450,959.88 |
| 06/07/2023 | 1013 | United States Treasury | Distribution | 5800-000 | | $432.05 | $450,527.83 |
| 06/07/2023 | 1014 | United States Treasury | Distribution | 5800-000 | | $1,847.35 | $448,680.48 |
| 07/03/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.99 | $448,174.49 |
| 08/01/2023 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $497.04 | $447,677.45 |
| 09/28/2023 | 1015 | James E. Cross | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $75,657.32 | $372,020.13 |
| 09/28/2023 | 1016 | Terry A. Dake Ltd. | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $40,460.00 | $331,560.13 |

| | | | | SUBTOTALS | $0.00 | $181,300.97 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4    Exhibit 9

| Case No. | 21-08392-PS | Trustee Name: | James Cross |
|---|---|---|---|
| Case Name: | VALLEY HOSPICE OF ARIZONA, INC. | Bank Name: | Axos Bank |
| Primary Taxpayer ID #: | **-***7408 | Checking Acct #: | ******0061 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/12/2021 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 12/21/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2023 | 1017 | Terry A. Dake, Ltd. | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $239.50 | $331,320.63 |
| 09/28/2023 | 1018 | Keegan Linscott & Associates, PC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3310-000 | | $12,653.50 | $318,667.13 |
| 09/28/2023 | 1019 | James E. Cross | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6101-000 | | $18,285.00 | $300,382.13 |
| 09/28/2023 | 1020 | Thomas G. Luikens, PC | Distribution | * | | $13,869.89 | $286,512.24 |
| | | | $(13,500.00) | 6210-000 | | | $286,512.24 |
| | | | $(369.89) | 6220-000 | | | $286,512.24 |
| 09/28/2023 | 1021 | Susan Goodman | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $22,687.50 | $263,824.74 |
| 09/28/2023 | 1022 | Susan Goodman | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6710-000 | | $189.10 | $263,635.64 |
| 09/28/2023 | 1023 | Arizona Department Of Revenue | Final distribution to claim 2 creditor account # representing a payment of 65.10 % per court order. | 5800-000 | | $31,260.74 | $232,374.90 |
| 09/28/2023 | 1024 | Internal Revenue Service | Final distribution to claim 5 creditor account # representing a payment of 65.10 % per court order. | 5800-000 | | $232,374.90 | $0.00 |
| 11/07/2023 | 1013 | United States Treasury | Distribution Reversal On 11/7/23 KS called the IRS re the check not cashed and they said they do not have record of receiving it. Voiding check and cutting a new one and resending. | 5800-000 | | ($432.05) | $432.05 |
| 11/08/2023 | 1025 | United States Treasury | Distribution | 5800-000 | | $432.05 | $0.00 |

SUBTOTALS     $0.00     $331,560.13

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 21-08392-PS | | **Trustee Name:** | James Cross |
| **Case Name:** | VALLEY HOSPICE OF ARIZONA, INC. | | **Bank Name:** | Axos Bank |
| **Primary Taxpayer ID #:** | **-***7408 | | **Checking Acct #:** | ******0061 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking |
| **For Period Beginning:** | 11/12/2021 | | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 12/21/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $625,524.12 | $625,524.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $625,524.12 | $625,524.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $625,524.12 | $625,524.12 | |

**For the period of 11/12/2021 to 12/21/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,746,910.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,746,910.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,746,910.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,746,910.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/01/2022 to 12/21/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,746,910.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,746,910.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,746,910.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,746,910.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 21-08392-PS | |
| **Case Name:** | VALLEY HOSPICE OF ARIZONA, INC. | |
| **Primary Taxpayer ID #:** | **-***7408 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/12/2021 | |
| **For Period Ending:** | 12/21/2023 | |

| | |
|---|---|
| **Trustee Name:** | James Cross |
| **Bank Name:** | Axos Bank |
| **Checking Acct #:** | ******0061 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $625,524.12 | $625,524.12 | $0.00 |

**For the period of 11/12/2021 to 12/21/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,746,910.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,746,910.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,746,910.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,746,910.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2022 to 12/21/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,746,910.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,746,910.80 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,746,910.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,746,910.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES CROSS
_____

JAMES CROSS